UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Dorrell Ingram,** : | |
| Plaintiff, : | |
| v. : | Case No. 1:05cv2247 (PLF) |
| **Ridley F. Durham, Jr.** : | |
| Defendant. : | |

### MOTION FOR EXTENSION OF TIME TO PERFECT SERVICE

COMES NOW Plaintiff, through counsel, and respectfully moves pursuant to Federal Rule of Civil Procedure 6 for an extension of time to perfect service on defendant Ridley F. Durham. In support thereof, counsel states as follows:

1. Federal Rule of Civil Procedure 4(j) requires the service of the summons and complaint on defendants within 120 days after the filing of the complaint. Rule 6 governs extensions of time in general. If the motion for extension of time is filed before the expiration of the time period for which an extension is sought, the party need only show good cause.

2. The Complaint was filed on November 17, 2005. Under the 120 day rule for effecting service, all defendants must be served by March 17, 2006.

3. Plaintiff's process server has been having a most difficult time in efforts to effect service on defendant. In the past two (2) weeks, for example, the process sever has made at least 12 attempts to serve defendant at his place of business. *See Exhibit 1, Affidavit of Charles Johnson*. However, despite his ardent effort and understanding of defendant's work schedule from his supervisors, each time the process server has learned that defendant is not at work. *Id*. The ability to serve defendant is further complicated by the fact that he works at the crime lab of the

-2-

Metropolitan Police Department, and members of the public are not permitted beyond the lobby which has secured entry and no receptionist. *Id.*

4.	Based on conversations with the process server and his history of demonstrating relentlessness in serving police officers, counsel believes that a thirty (30) day extension would provide sufficient time to perfect service on defendant.

WHEREFORE, Plaintiff prays that this Court grant his motion and extend his time to perfect service on defendant Durham until April 17, 2006.

>	Respectfully submitted,
>
>	TEMPLE LAW OFFICES
>
>	By:	/s Jeanett P. Henry
>		Donald M. Temple, [408749]
>		Jeanett P. Henry, [411052]
>		1229 15th Street, NW
>		Washington, D.C. 20005
>		(202) 628-1101
>		(202) 628-1149 (fax)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Dorrell Ingram,** | : | |
|     **Plaintiff,** | : | |
| v. | : | Case No. 1:05cv2247 (PLF) |
| **Ridley F. Durham, Jr.** | : | |
|     **Defendant.** | : | |

## ORDER

Upon consideration of Plaintiff's Motion for Extension of Time to Perfect Service on Defendant Durham, it is by the United States District Court for the District of Columbia this ___ day of _____, 2006

**ORDERED**, that the motion be and is hereby **GRANTED**; and it is further

**ORDERED**, that the Clerk of the Court issue a new summons for defendant Ridley Durham, Jr.; and it is further

**ORDERED**, that Plaintiff effect service on defendant Durham by April 17, 2006.


_____
Paul L. Friedman
United States District Judge