# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dorrell Ingram, | : |
|     Plaintiff, | : |
| v. | :    Case No. 1:05cv2247 (PLF) |
| Ridley F. Durham, Jr. | : |
|     Defendant. | : |

## AFFIDAVIT OF DUE DILIGENCE BY PROCESS SERVER

I, Charles Johnson, depose and state as follows:

1. I am over the age of 18, not a party to his action, and I am competent to testify to the matters stated herein. My business address is 2021 Flager Place, NW, Washington, D.C. 20001.

2. I am a private process server hired by Temple Law Offices to serve Officer Ridley F. Durham, Jr. of the Metropolitan Police Department with summons, complaint, and amended complaint in this case.

3. I have made several unsuccessful attempts to serve Officer Durham at his place of employment, Forensic Science Division, MPD, 3521 V Street, NE, Washington, D.C. Just in the past two (2) weeks I have made the following unsuccessful attempts on the following dates and times:

| | |
|---|---|
| March 8, 2006 | 3:02 p.m. |
| March 9, 2006 | 1:15 a.m., 6:26 a.m. |
| March 10, 2006 | 12:07 a.m., 5:30 a.m. |
| March 11, 2006 | 2:00 a.m. |
| March 13, 2006 | 2:27 a.m. |
| March 14, 2006 | 1:37 a.m. |
| March 15, 2006 | 6:11 a.m. |
| March 16, 2006 | 3:38 a.m. |
| March 17, 2006 | 12:24 a.m., 4:40 a.m. |

4.  I confirmed with a Sergeant Leary that Officer Durham works the midnight shift, (midnight to 6:00 a.m.). The crime lab is a ver secured building with no front desk or receptionist. There is a security door with a buzzer. Each time I went to the crime lab to serve Officer Durham, I pressed the buzzer for assistance. For the times when someone responded to the door, that person canvassed the area for me but reported that Durham was no where to be found. When no one answered the buzzer, I waited for the arrival of an employee, and asked that employee to check to see if Officer Durham was available. Each time I received the same response that Officer Durham was not on the premises.

5.  Sergeant Leary advised me that Sergent Cidre, Officer Durham's supervisor, may be able to assist me in getting Officer Durham to cooperate in accepting service. Messages I have left for Sergeant Cidre have not been returned thus far. I believe that with a few more weeks I will be able to serve Officer Durham or gather more conclusive evidence of his apparent evasion of service.

I declare and affirm that I have personal knowledge of the foregoing facts, and that they are true and correct under the penalties of perjury.

_Charles Johnson_
Charles Johnson

Dated: 3/17/06