**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **Dorrell Ingram,** | : | |
|     **Plaintiff,** | : | |
| **v.** | : | **Civil Action No. 05-2247 (PLF)** |
| **Ridley F. Durham, Jr.,** | : | |
|     **Defendant.** | : | |

**PRAECIPE**

WILL THE CLERK OF THE COURT please re-issue the attached summons for defendant, Ridley F. Durham, Jr.

        Respectfully submitted,

        **TEMPLE LAW OFFICES**

By:   /s/   Jeanett P. Henry
      Donald M. Temple, [408749]
      Jeanett P. Henry, [411052]
      1229 15th Street, NW
      Washington, D.C. 20005
      (202) 628-1101
      (202) 628-1149 (facsimile)