# UNITED STATES DISTRICT COURT
## District of Columbia

Dorrell Ingram
30-46th Place, NE
Washington, D.C. 20019

SUMMONS IN A
CIVIL CASE

**V.**

Ridley F. Durham, Jr.
c/o Forensic Science Divisionh - MPD
3521 V Street, N E
WashinQton, D.C.

CASE NUMBER:

TO: (Name and address ofDefundant)

Ridley F. Durham, Jr.
c/o Forensic Science Division
3521 V Street, NE Washington,
D.C.

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (nameandaddress)

Donald M. Temple, Esquire
Temple Law Offices
1229 15th Street, NW
Washington, D.C. 20005

an answer to the complaint which is served on you with this summons, within     **20**    days after service

of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DA1E

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
Date        Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.