## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Dorrell Ingram,** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **Civil No. 05-2247 (PLF)** |
| **Ridley F. Durham, Jr.,** | : | |
| **Defendant.** | : | |

_____

## <u>MOTION FOR SUBSTITUTED SERVICE</u>

COMES NOW Plaintiff, through counsel, and respectfully moves this Court pursuant to Local Rule 7, for leave to serve defendant Durham by substituted means. In support thereof, counsel states as follows:

1.      Counsel engaged the services of private process server Charles Johnson to effect service on defendant Durham at the Mobile Crime Unit of MPD, located at 3521 V Street, NE, Washington, D.C. Between March 8, 2006 and March 17, 2006, Mr. Johnson made twelve (12) unsuccessful attempts to serve Officer Durham, all except the first attempted during the officer's tour of duty, midnight to 6:00 a.m. *See Exhibit 1, Affidavit of Charles Johnson.* Because the crime lab is a secured facility, so Mr. Johnson had to rely on representations of Officer Durham's co-workers whether he was on the premises. *Id.*

2.      On March 17, 2006 Plaintiff requested leave of this Court to continue efforts to try to effect service on defendant. Between April 1, 2006 and April 14, 2006, Mr. Johnson made thirteen (13) unsuccessful attempts to serve defendant at his place of business. *See Exhibit 2, Affidavit of Charles Johnson.* Mr. Johnson also attempted unsuccessfully to elicit the assistance of defendant's superiors to encourage him to accept service, but the superiors did not return any of Mr.

-2-

Johnson's several messages.  *Id*.

3.    Despite Plaintiff and his counsel's  diligent efforts to effect service of process on defendant Durham, those efforts have been unsuccessful.  Charles Johnson has made 25 attempts at service in the past two months, all except two attempts during defendant's confirmed tour of duty. The logical conclusion from these many unsuccessful efforts at service is that Officer Durham is evading service.  Plaintiff is left with no recourse against Officer Durham unless this Court permits substituted service.

4.    Given Officer Durham's apparent evasion of service, Plaintiff seeks the Court's permission to serve him by leaving the service documents with a responsible official at the Mobile Crime Unit of MPD - Durham's place of employment.  This can be effected within days of a favorable ruling on this motion.

WHEREFORE, Plaintiff prays that this motion be granted in the interest of justice.

Respectfully submitted,

TEMPLE LAW OFFICES

By:    /s/ Jeanett P. Henry
Jeanett P. Henry, #411052
1229 15th Street, NW
Washington, D.C. 20005
(202) 628-1101
(202) 628-1149 (fax)
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **Dorrell Ingram,** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **Civil No. 05-2247 (PLF)** |
| **Ridley F. Durham, Jr.,** | : | |
| **Defendant.** | : | |

**ORDER**

Upon consideration of Plaintiff's Motion for Substituted Service on Defendant Durham, and the record of the case, it is by the United States District Court for the District of Columbia this ___ day of April, 2006,

**ORDERED**, that the motion be and is hereby GRANTED; and it is further

**ORDERED**, that Plaintiff may effect service on defendant Durham by leaving the service documents with an official at the Mobile Crime Unit of the Metropolitan Police Department; and it is further

**ORDERED**, that Plaintiff shall effect service within five (5) days of entry of this Order.

_____
John D. Bates
United States District Judge