# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Dorrell Ingram,                              :

      Plaintiff,                           :

v.                                           :          **Case No. 1:05cv2247 (PLF)**

Ridley F. Durham, Jr.                        :

      Defendant.                           :

---

## AFFIDAVIT OF DUE DILIGENCE BY PROCESS SERVER

I, Charles Johnson, depose and state as follows:

1.    I am over the age of 18, not a party to his action, and I am competent to testify to the matters stated herein. My business address is 1927 2nd Street, NW, Washington, D.C. 20001.

2.    I am a private process server hired by Temple Law Offices to serve Officer Ridley F. Durham, Jr. of the Metropolitan Police Department with summons, complaint, and amended complaint in this case.

3.    Between April 1, 2006 and April 14, 2006 made several unsuccessful attempts to serve Officer Durham at his place of employment, Forensic Science Division, MPD, 3521 V Street, NE, Washington, D.C. I made the following unsuccessful attempts on the following dates and times:

| | |
|---|---|
| April 1, 2006 | 3:30 p.m. |
| April 4, 2006 | 2:11 a.m.; 6:52 a.m. |
| April 5, 2006 | 12:04 a.m.; 5:55 a.m. |
| April 6, 2006 | 1:08 a.m. |
| April 7, 2006 | 11:54 p.m. |
| April 10, 2006 | 12:39 a.m.; 6:02 a.m. |
| April 11, 2006 | 7:17 a.m. |
| April 13, 2006 | 3:13 a.m. |
| April 14, 2006 | 11:44 a.m.; 6:45 a.m. |

Plaintiff's
Exhibit  2

4.      On April 1, 2006 I confirmed with Sergeant Cidre that Officer Durham was still working the midnight shift, (midnight to 6:00 a.m.).

5.      On April 7, 2006 I attempted to reach Officer Durham's supervisor, Sergent Leary. I spoke with Ms. Everett, who answered Sergeant Leary's line. I identified myself to her and told her that I was trying to serve suit papers on Officer Durham, and she took a message for Sergeant Leary,

6.      After making 7 more attempts to serve Officer Durham, on April 11, 2006 when I still had not heard from Sergeant Leary, I telephoned him and again spoke with Ms. Everett, who answers the telephone for him. She also confirmed that Officer Durham was on the midnight shift, and she took another message for Sergeant Leary.

7.      After making 3 more attempts to reach serve Officer Durham, I called back to try and reach Sergeant Leary. Ms. Everett answered the telephone and said Sergeant Leary was not in and, as before, she took a message for him about my efforts to serve his subordinate, Officer Durham.

8.      The crime lab is a secured building with no front desk or receptionist. There is a security door with a buzzer. Of the 13 attempts I was only allowed beyond the security door twice. The other times someone responded to the door. Each time an employee claimed that Officer Durham was not there or not working that night.

9.      Based on my many unsuccessful attempts to serve Officer Durham and the responses I have received to date, I believe that he is evading service.

I declare and affirm that I have personal knowledge of the foregoing facts, and that they are

true and correct under the penalties of perjury.


_____
Charles Johnson

Dated: ___4/17/06___