UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DORRELL INGRAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2247 (PLF) |
| ) | |
| RIDLEY F. DURHAM, Jr., ) | |
| ) | |
| Defendant. ) | |

MEMORANDUM OPINION AND ORDER

On April 17, 2006, plaintiff filed a motion seeking the Court's authorization to effect service of process upon defendant by leaving a copy of the summons and complaint with an official at defendant's place of employment. The motion includes an affidavit from plaintiff's process server, who states that on at least nine occasions in the past two weeks he has attempted without success to effect personal service on defendant at his workplace.

In addition to personal service, however, the Federal Rules of Civil Procedure authorize service by "leaving copies [of the summons and of the complaint] at the individual's dwelling house or usual place of abode with some person of suitable age and discretion then residing therein[.]" FED.R.CIV.P. 4(e)(2). It does not appear that plaintiff's process server ever has attempted to effect service on defendant at his home, either personally or by leaving the summons and complaint with a person of suitable age and discretion residing therein. Nor does it appear that plaintiff has sought a waiver of service from defendant under Rule 4(d).

The Court will not consider a request to allow a method of service not contemplated by the Rules when plaintiff has failed to avail himself of the means of service specifically authorized therein.  Accordingly, it is hereby

ORDERED that [7] plaintiff's Motion for Substituted Service is DENIED without prejudice; and it is

FURTHER ORDERED that, on or before May 11, 2006, plaintiff shall effect service upon defendant pursuant to the Federal Rules of Civil Procedure and District of Columbia law and shall cause proof of service to be filed with the Court.  If proof of service is not filed, plaintiff shall, on or before May 11, 2006, show good cause in writing why this case should not be dismissed for failure to effect timely service of process.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: April 20, 2006