UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Dorrell Ingram,** | : |
| Plaintiff, | : |
| v. | :   Civil No. 05-2247 (PLF) |
| **Ridley F. Durham, Jr.,** | : |
| Defendant. | : |

### RESPONSE TO SHOW CAUSE ORDER

COMES NOW Plaintiff, through counsel, and in response to this Court's Order to Show Cause states as follows:

1. On April 17, 2006 Plaintiff filed his motion seeking this Court's permission to serve Defendant Ridley by substituted service at his place of employment, Mobile Crime Unit of MPD, 3521 V Street, NE, Washington, D.C. By that time plaintiff's process server had made 25 unsuccessful attempts to serve defendant Ridley at his place of employment. The Court denied plaintiff's motion without prejudice and ordered plaintiff to file proof of service by May 11, 2006 or show cause why the case should not be dismissed for failure to effect service.

2. Plaintiff researched and found a listing for defendant's residence at 7776 Picadilly Court, White Plains, MD 20695. Counsel provided Charles Johnson, the process server, with the service documents to effect service on defendant Ridley at his residence.

3. Between May 3 and 7, 2006, Mr. Johnson made eight (8) unsuccessful attempts to serve defendant Ridley or someone of suitable age and discretion residing with him at 7776 Picadilly Court, White Plains, MD. *See Exhibit 1*. Mr. Johnson varied the times of attempted service with some attempts during the morning, evenings, nights, week days and weekends. On six (6) of the

-2-

eight (8) attempts at service, someone was in the residence but refused to open the door or otherwise respond to the door bell when Mr. Johnson rang it, as evidenced by vehicles in the driveway, lights in the house, and TV or radio playing. *Id*.

4. Significantly, Mr. Johnson confirmed that MPD officers reside at the address and actually had contact with one of them who removed the note Mr. Johnson left on the front door. *Id. at ¶4g*. The individual refused to accept the service documents, and Mr. Johnson had to leave the property immediately for his personal safety. *Id*.

5. On May 6, 2006 counsel sent the service documents to defendant Ridley by certified mail, return receipt requested. *See Exhibit 2*. The "green card" has not been returned as yet, which may be an indication that Mr. Ridley is refusing to accept the mail.[1] This would not be surprising given his evasion of service at his place of employment and his residence.

6. On May 9, 2006 counsel sent the service documents to defendant Ridley with the appropriate waiver request in accordance with Fed.R.Civ.P. 4(d). *See Exhibit 3*. Mr. Ridley has 30 days from the mailing or until June 8, 2006 to return the waiver request form. Here also, counsel is not optimistic that defendant Ridley will return the waiver request.

7. Based on the foregoing, plaintiff has made good faith efforts to serve defendant Ridley with process in this case, and thus this case should not be dismissed. At this juncture, plaintiff requests that the Court permit him leave for service through June 12, 2006. By that time it should be conclusively determined whether defendant Ridley intends to return the waiver request

---

[1] On the same date, counsel mailed a notice letter to the P.G. County Attorney's Office in Upper Marlboro and received the "green card" on May 9, 2006.

-3-

form, and the results of the certified mail service.  If Ridley fails to return the waiver form and the certified mail is returned as undelivered, then plaintiff intends to renew his motion for substituted service through posting at defendant's residence and sending the service documents by regular mail.

8. Ridley should not be prejudiced by this further request given his evasion of service thus far.

WHEREFORE, Plaintiff prays that this Court grant him until June 12, 2006 to determine if service has been effected by waiver or certified mail, or to re-file his motion for substituted service.

Respectfully submitted,

TEMPLE LAW OFFICES

By:  /s/ Jeanett P. Henry
Jeanett P. Henry, #411052
1229 15th Street, NW
Washington, D.C. 20005
(202) 628-1101
(202) 628-1149 (fax)
Attorney for Plaintiff