UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Dorrell Ingram,** | : | |
| Plaintiff, | : | |
| v. | : | Civil No. 05-2247 (PLF) |
| **Ridley F. Durham, Jr.,** | : | |
| Defendant. | : | |

## SECOND DECLARATION OF ATTEMPTED SERVICE

I, CHARLES JOHNSON, having been duly authorized to make service of the legal process in the above-captioned case, hereby state as follows:

1. I am over the age of 18, and I am not a party to or otherwise interested in this suit.

2. My business address is 1927 - 2nd Street, NW, Washington, D.C. 20001.

3. After due search, careful inquiry and diligent attempts, I have been unable to serve the defendant, Officer Ridley F. Durham, Jr., with process in this case.

4. Plaintiff's counsel provided me with Officer Durham's home address of 7776 Picadilly Court, White Plains, MD 20695 to effect service. My attempts were as follows:

    a. May 3, 2006 at 7:28 p.m. - no one responded when I rang the door bell, no cars in the driveway.

    b. May 3, 2006 at 10:39 p.m. - no one responded when I rang the door bell. This time parked in the driveway were two vehicles, a grey Toyota Carolla with MD Tag 6BL204 and a Dodge Ram truck with MD Tag 78K405 and a MPD hat hanging inside the vehicle. Lights were on in the two story house, the windows pulled up in all the rooms on the 2nd floor facing the front of the house, and the TV was on.

    c. May 4, 2006 at 6:00 a.m. - no one responded when I rang the door bell, and there were no cars in the driveway.

    d. May 4, 2006 at 5:33 p.m. - no one responded when I rang the door bell, but the Toyota Carolla was in the driveway and lights were on in what appeared to be the foyer of the house.

    e. May 6, 2006 at 7:44 a.m. - no one responded when I rang the door bell. So I wrote

Plaintiff's
Exhibit ___

a note identifying myself by name, stated that I have legal papers to serve on Ridley Durham, and included my telephone number for someone to call me. I posted the note in a conspicuous place on the front door so that anyone entering or exiting through that door could not miss the note. I left the house, went to have breakfast, and when I returned at approximately 10:15 a.m. the note was still on the door.

      f.      Immediately thereafter, I spoke with a neighbor to the right of the Ridley residence. There was a yard sale going on. I learned that five (5) MPD officers lived at the Ridley house, but the neighbor could not confirm the last name of any of the officers. I then went and parked my vehicle at the end of the block where I could still see the Ridley house.

      g.      At approximately 10:23 a.m. (still May 6th) I noticed an African American male, approximately 5 feet, 9 inches tall and between 44-47 years old open the front door, removed the note and went to the Dodge Ram truck. I left my vehicle and ran up to the house by the time the gentleman exited the vehicle and was about to re-enter the house. I caught up with him at the landing just outside the front door. I told him I had legal papers for Ridley Durham. He denied that he was Durham, claimed Durham was not at the house, refused to accept the service papers although he apparently lived in the house, and told me to "get the hell" from the property. He became quite confrontational as I tried to reason with him, and so for my personal safety I left the property to avoid a physical altercation.

      g.      On May 6th at 2:05 p.m. I returned to the residence. Again no one responded to the door when I rang the bell. Both vehicles were parked in the driveway.

      h.      On May 7, 2006 at 8:12 a.m. - no one responded to the door when I rang the door bell. Both vehicles were in the driveway, and I could hear either a TV or radio broadcasting a gospel program.

      5.      Based on the foregoing and the numerous times I tried to serve Officer Durham at his place of business in the District of Columbia, I have to conclude that he is intentionally evading service in this case.

      I affirm under the penalties of perjury that the foregoing statements are true and correct.

*Charles Johnson*
Charles Johnson
1927 - 2nd Street, NW
Washington, D.C. 20001
(202) 320-9574