

Plaintiff's Exhibit