**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.87 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $3.70 |
| Total Postage & Fees | $ | $8.82 |

0906 03 Postmark Here

05/06/2006

Sent To: Ridley F. Durham, Jr.
Street, Apt. No.; or PO Box No.: 7776 Picadilly Court
City, State, ZIP+4: White Plains, MD 20695

PS Form 3800, June 2002                 See Reverse for Instructions

7004 2690 0004 2367 3212

Plaintiff's Exhibit