**TEMPLE LAW OFFICES**
*1225 15th Street, NW*
*Washington, D.C. 20005*
*(202) 628-1101*
*(202) 6281149 (Fax)*

May 9, 2006

Ridley F. Durham, Jr.
7776 Picadilly Court
White Plains, MD 20695

Dear Mr. Durham:

    I represent the plaintiff, Dorrell Ingram, in a lawsuit pending against you in the United States District Court for the District of Columbia: <u>Ingram v. Durham</u>, Case No. 05-2247 (PLF). Enclosed please find copies of the initial complaint, amended complaint, Summons, and Notice of Right to Consent to Trial Before a United States Magistrate Judge.

    I am writing to request that you waive service of the summons in this lawsuit. To effectuate this process, I have also enclosed Notice of Lawsuit and Request for Waiver of Service of Summons, Waiver of Service of Summons, an extra copy of the waiver notice and request, as well as a self-addressed, stamped envelope for your convenience of returning to me the signed Waiver of Service of Summons.

    Thank you for your anticipated cooperation. Should you have any questions regarding the requested waiver, please do not hesitate to call me at (202) 628-1101.

Sincerely,

*Jeanett P. Henry*
Jeanett P. Henry

Enclosures

Plaintiff's Exhibit