

Georgia Ave.
#403
Silver Spring, MD 20910

CERTIFIED MAIL

RETURN RECEIPT REQUESTED

UNCLAIMED

RESTRICTED DELIVERY

5-8
1st NOTICE 5-2?
2nd NOTICE 5-20
RETURNED

Ridley F. Durham, Jr.
7776 Picadilly Court

7004 2890 0004 2367 3212

U.S. POSTAGE PAID
SILVER SPRING, MD
20906
MAY 06, '06
AMOUNT
$8.82
00079349-03

Plaintiff's Exhibit ___

NIXIE    208    1    08 06/03/06
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 20910371303    *2031-09964-01-28

20910371303