UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

DORRELL INGRAM,                 )

                    )

        Plaintiff,            )

                    )

     v.                  )        Civil Action No. 05-2247 (PLF)

                    )

RIDLEY F. DURHAM, Jr.,      )

                    )

        Defendant.        )

_____)

ORDER

       The complaint in this case was filed on November 17, 2005. In a minute order entered on June 29, 2006, the Court afforded the plaintiff an additional 30 days to effect service of process. There is no record that a copy of the complaint has been served on the defendant. Plaintiff's attention is directed to Fed. R. Civ. P. 4(m), which provides:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

       In order to avoid the finality of a mandatory dismissal, it is hereby

       ORDERED that within 15 days of the date of this order, plaintiff either cause process to be served and proof of service to be filed with the Court, or file a status report with the Court advising why service has not been made.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
DATE: August 15, 2006               United States District Judge