**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **Dorrell Ingram,** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **Civil No. 05-2247 (PLF)** |
| **Ridley F. Durham, Jr.,** | : | |
| **Defendant.** | : | |

_____

## WITHDRAWAL OF APPEARANCE

WILL THE CLERK OF THE COURT please withdraw the appearance of Jeanett P. Henry as counsel for Plaintiff.  Undersigned counsel is no longer affiliated with Temple Law Offices. Attorney Donald Temple remains as counsel of record for Plaintiff.

Respectfully submitted,

/s/   Jeanett P. Henry_____
Jeanett P. Henry
8701 Georgia Avenue; Suite 403
Silver Spring, MD 20910
(301) 562-1340

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of August, 2006 a copy of the foregoing was served by first-class mail, postage prepaid to:

Dorrell Ingram
30-46th Place, NE
Washington, D.C. 20019

/s/   Jeanett P. Henry_____