## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Dorrell Ingram,** | * | |
| **Plaintiff,** | * | **Civil Action No. 05-2247 (PLF)** |
| **v.** | * | |
| **Ridley F. Durham, Jr.** | * | |
| | * | |
| **Defendant.** | * | |
| ----------------------------------------------------- | * | |

## MOTION FOR LEAVE TO FILE PROOF OF SERVICE
## ONE DAY OUT OF TIME NUNC PRO TUNC

COMES NOW Plaintiff, by undersigned counsel, and pursuant to Rule 4(m) of the

Federal Rules of Civil Procedure respectfully files this Motion for Leave to File the attached

Proof of Service one day out of time.  As grounds for this Motion, Plaintiff states the following:

1.    This Honorable Court issued an Order on August 15, 2006 ruling that by August 30,

2006, proof of service on the Defendant Officer Ridley F. Durham, Jr. must be filed or,

alternatively, a status report must be filed advising the Court as to why service of process

had not been accomplished.

2.    Numerous attempts were made to serve the Defendant Officer Ridley F. Durham, Jr.

Despite diligent efforts, service of process was not achieved until August 31, 2006, one

day after the Court's deadline.

3.    Ultimately, the Defendant sought assistance from the Office of General Counsel for the

Metropolitan Police Department (MPD).  On August 31, 2006, the Office of the General

Counsel for the MPD agreed to accept service on behalf of Officer Ridley F. Durham.

The undersigned attempted to obtain Defendant's consent for this Motion.  However, such consent was not obtained.

WHEREFORE, Plaintiff respectfully asks this Honorable Court to grant this Motion to file Proof of Service One Day Out of Time and grant such further relief as this Court may deem appropriate.


Respectfully submitted,


_____/s/_____
Donald M. Temple, Esq.
TEMPLE LAW OFFICES
1229 15th Street, NW
Washington, DC 20005
(202) 628-1101 (telephone)
(202) 628-1149 (fax)