United States District Court
For the District of Columbia

**Dorrell Ingram**

    **Plaintiff,**

v.                                             **Civil Action No: 05-2247 (PLF)**

**Ridley F. Durham, Jr.,**

    **Defendant.**

### AFFIDAVIT OF SERVICE BY HAND DELIVERY

I, Dequan Bogan, hereby certify that I am over the age of eighteen years and that I am not a party in the above case.

On August 30, 2006, at or around 2:07 P.M., I served **The Office of the General Counsel for the Metropolitan Police Department on behalf of Officer Ridley F. Durham, Jr.** a copy of the Complaint, and Amended Complaint. The documents were received by Linda Tolson, an employee authorized to except service. Service was executed at 300 Indiana Avenue, Room 4125, Washington D.C. 20001.

I certify under penalty of perjury that the foregoing is true and correct.

_____/s/_____
Dequan Bogan
(202) 256-4718