### IN THE UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Dorrell Ingram,** | * | |
|     **Plaintiff,** | * | Civil Action No. 05-2247 (PLF) |
| **v.** | * | |
| **Ridley F. Durham, Jr.** | * | |
| | * | |
|     **Defendant.** | | |
| | * | |

------------------------------------------------

### ORDER

Upon consideration of Plaintiff's Motion for Leave to file Proof of Service one day out of time *nunc pro tunc,* it is this _____ day of _____ 2006

    **ORDERED**, that the motion be and is hereby GRANTED

    **SO ORDERED**.

 

_____
PAUL L. FRIEDMAN
United States District Judge