UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DORRELL INGRAM, | ) |
|     Plaintiff, | ) |
|     v. | ) Civil Action No. 05-2247 (PLF) |
| RIDLEY F. DURHAM, Jr., | ) |
|     Defendant. | ) |

ORDER

The complaint in this case was filed on November 17, 2005. After multiple extensions of time, in a minute order on September 1, 2006 the Court granted plaintiff leave to file proof of service one day out of time. It is not clear from the face of the affidavit of service filed with the Court at that time that the defendant was properly served, in either his individual or his official capacity. See, e.g., Tafler v. District of Columbia, Civil No. 05-1563, 2006 WL 3254491 at *3-4 (D.D.C. Nov. 8, 2006). Plaintiff's attention is directed to Fed. R. Civ. P. 4(m), which provides:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

In order to avoid the finality of a mandatory dismissal, it is hereby

ORDERED that plaintiff shall file a memorandum of law with the Court on or before January 5, 2007 explaining why service of process in this case was sufficient. If plaintiff fails to do so, the Court will dismiss this action without prejudice for insufficient service of process.

SO ORDERED.

```
                                    ___/s/_____
                                    PAUL L. FRIEDMAN
DATE: December 15, 2006             United States District Judge
```