### IN THE UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Dorrell Ingram,** | * | |
| **Plaintiff,** | * | Civil Action No. 05-2247 (PLF) |
| v. | * | |
| **Ridley F. Durham, Jr.** | * | |
| | * | |
| **Defendant.** | | |
| | * | |

---------------------------------------------------

### PLAINTIFF'S MEMORANDUM OF LAW AS TO WHY SERVICE
### OF PROCESS IN THIS CASE IS SUFFICIENT

COMES NOW Plaintiff, by undersigned counsel, pursuant to this Court's December 15, 2006 order, and submits the following response.

On December 12, 2005 this Honorable Court issued an order instructing Plaintiff to file a Memorandum of Law by January 5, 2007 explaining why service of process in this case was sufficient and why this case should not be dismissed. In response to this Court's various orders and prior counsel's persistent and diligent attempts to serve Defendant, this counsel's process server communicated directly with the General Counsel's office for the Metropolitan Police Department regarding service upon Defendant police officer. After direct consultation with Mr. Durham, the General Counsel's office, per Ms. Linda Tolson, indicated that it had been authorized to accept service on Defendant's behalf.

On August 30, 2006 Plaintiff served a copy of the complaint, amended complaint and summons upon the Office of the General Counsel for the Metropolitan Police Department and specifically upon Ms. Linda Tolson, who identified herself as being the person at the office of

General Counsel office authorized to accept service on behalf of Officer Ridley Durham.

Pursuant to Plaintiff's motion this court allowed Plaintiff one (1) additional day to file proof of service. The affidavit filed on August 31, 2006 should have clarified that Defendant authorized the Office of General Counsel to accept service on his behalf and that service was executed accordingly.

On January 5, 2007 the undersigned further discussed this matter with Attorney David Jackson of the District of Columbia Office of the Attorney General ("OAG"). Attorney Jackson indicated that his office would be representing Mr. Durham in this matter and further, that OAG intended to file an Answer on Mr. Durham's behalf within the next ten (10) days, by consent of the parties.

For the reasons given and the District's intention to defend this matter consistent with the service made on August 30, 2006, this Court should consider that service herein was sufficient.

                                                Respectfully submitted,

                                                _____/s/_____
                                                Donald M. Temple, Esq.
                                                TEMPLE LAW OFFICES
                                                1229 15th Street, NW
                                                Washington, DC 20005
                                                (202) 628-1101 (telephone)
                                                (202) 628-1149 (fax)