UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DORRELL INGRAM ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:05-2247 (PLF) |
| ) | |
| ) | |
| RIDLEY F. DURHAM, JR., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MEMORANDUM OF LAW
AS TO WHY SERVICE OF PROCESS IN THIS CASE IS SUFFICIENT**

Defendant Ridley Durham, Jr. responds to Plaintiff's memorandum of law as to why service of process in this case is sufficient by confirming that Defendant authorized the General Counsel of the Metropolitan Police Department to accept service of process in this case. Defendant received a copy of the summons, complaint and amended complaint on September 1, 2006.

With the consent of Plaintiff, and if permitted by this Court, Defendant will file a response to the amended complaint on or before January 22, 2007.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the
District of Columbia

GEORGE VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/Nicole l. Lynch/s/_____
NICOLE L. LYNCH
Chief Civil Litigation Division Section II

/s/David A. Jackson/s/_____
DAVID A. JACKSON
Assistant Attorney General
Bar Number 471535
Office of the Attorney General
441 Fourth Street, NW, 6 South
Washington, D.C.  20001
Direct Line: (202) 724-6618
Facsimile: (202) 727-3625
E-mail:  davida.jackson@dc.gov