UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DORRELL INGRAM | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:05-2247 (PLF) |
| | ) |
| | ) |
| RIDLEY F. DURHAM, JR., | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

NOTICE OF APPEARANCE

The Clerk of the Court will please ENTER the appearance of David A. Jackson, Assistant Attorney General, as counsel for Defendant Ridley F. Durham. Jr., in the above-captioned matter.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the
District of Columbia

GEORGE VALENTINE
Deputy Attorney General
Civil Litigation Division


/s/Nicole l. Lynch/s/_____
NICOLE L. LYNCH
Chief Civil Litigation Division Section II

      /s/David A. Jackson/s/_____
      DAVID A. JACKSON
      Assistant Attorney General
      Bar Number 471535
      Office of the Attorney General
      441 Fourth Street, NW, 6 South
      Washington, D.C.  20001
      Direct Line: (202) 724-6618
      Facsimile: (202) 727-3625
      E-mail:  davida.jackson@dc.gov