UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DORRELL INGRAM            ) | |
|     Plaintiff,         ) | |
| v.                        ) | Civil Action No. 1:05-2247 (PLF) |
| RIDLEY F. DURHAM, JR.,    ) | |
|     Defendant.        ) | |

**CONSENT MOTION OF DEFENDANT RIDLEY F. DURHAM'S FOR AN EXTENSION OF TIME TO FILE RESPONSE TO AMENDED COMPLAINT**

Defendant Ridley Durham, Jr., by and through the Office of the Attorney General, hereby moves this Court pursuant to Federal Rule of Civil Procedure 6 (b) (1) and (2) and LCvR 7 (m) to enter an order extending the time, from Monday January 22, 2007, up to and including Monday January 29, 2007 for the defendant to file his response to the amended complaint. In support of this consent motion the defendant states the following:

1.  This civil action, pursuant to 42 U.S.C. 1983 and the common law of the District of Columbia, rises out of the arrest and detention of Plaintiff for vehicular homicide. Plaintiff claims that Defendant was negligence and violated his constitutional rights when Plaintiff's pre-trial detention was extended because Defendant allegedly lost or misplaced Plaintiff's DNA sample.

2.  Plaintiff filed a similar action, in which he named as defendants the District of Columbia and several other employees of the District. *See Ingram v. District of Columbia, et al.*, C.A. No. 04-505 (PLF). A final order dismissing that matter was entered on January 19, 2006. (Document No. 23).

3.      In this case, in order for the Defendant to file an appropriate and more informed response to the amended complaint undersigned counsel initially had difficulty locating the file relating to Plaintiff's previous complaint.  The file has now been located but the Defendant will need additional time to file his response to the amended complaint.

4.      The Defendant anticipates his response will dispose of the pending matter as a matter of law.

5.      The Defendant's response, by consent, was due on January 22, 2007 but the Defendant needs an additional week to file his response to the amended complaint.

6.      Counsel for Plaintiff gave his consent to this motion and, therefore, Plaintiff will not be prejudiced if this motion is granted.

7.      For the reasons stated above there is good cause to grant this motion which is being filed prior to the expiration period for which the Defendant's response to the amended complaint is due.

Wherefore, the Defendant requests that this consent motion be granted.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the
District of Columbia

GEORGE VALENTINE
Deputy Attorney General
Civil Litigation Division


/s/Nicole l. Lynch/s/_____
NICOLE L. LYNCH
Chief Civil Litigation Division Section II

/s/David A. Jackson/s/_____
DAVID A. JACKSON
Assistant Attorney General
Bar Number 471535
Office of the Attorney General
441 Fourth Street, NW, 6 South
Washington, D.C.  20001
Direct Line: (202) 724-6618
Facsimile: (202) 727-3625
E-mail:  davida.jackson@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DORRELL INGRAM ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:05-2247 (PLF) |
| ) | |
| ) | |
| RIDLEY F. DURHAM, JR., ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION OF DEFENDANT RIDLEY F. DURHAM'S FOR AN EXTENSION OF TIME TO FILE RESPONSE TO AMENDED COMPLAINT**

1. Federal Rule of Civil Procedure 6 (b) (1) and (2)

2. LCvR 7 (m).

3. The inherent Powers of this Honorable Court.

4. The consent of Plaintiff.

5. The entire record herein.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the
District of Columbia

GEORGE VALENTINE
Deputy Attorney General
Civil Litigation Division


/s/Nicole l. Lynch/s/_____
NICOLE L. LYNCH
Chief Civil Litigation Division Section II

/s/David A. Jackson/s/_____
DAVID A. JACKSON
Assistant Attorney General
Bar Number 471535
Office of the Attorney General
441 Fourth Street, NW, 6 South
Washington, D.C. 20001
Direct Line: (202) 724-6618
Facsimile: (202) 727-3625
E-mail: davida.jackson@dc.gov