UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


DORRELL INGRAM                                      )
                                                    )
        Plaintiff,                                  )
                                                    )
v.                                                  ) Civil Action No. 1:05-2247 (PLF)
                                                    )
                                                    )
RIDLEY F. DURHAM, JR.,                              )
                                                    )
        Defendant.                                  )
_____)


## PROPOSED ORDER

Upon consideration of Defendant Ridley F. Durham's, Consent Motion for an Extension

of Time to File Response to the Amended Complaint, the Memorandum of Points and

Authorities in support thereof, the consent of the Plaintiff, and the entire record herein, it is

hereby

        **ORDERED** that Defendant's motion is GRANTED; and it is further

        **ORDERED** that the Defendant's response to the amended complaint shall be filed on or

before January 29, 2007.


        **SO ORDERED.**



                                            _____
                                            Judge Paul L. Friedman
                                            United States District Court
                                            For the District of Columbia

Copies to:

All Counsel of Record via ECF