UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DORRELL INGRAM )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>)<br>RIDLEY F. DURHAM, JR., )<br>)<br>    Defendant. )<br>_____) | Civil Action No. 1:05-2247 (PLF) |

**CONSENT MOTION OF DEFENDANT RIDLEY F. DURHAM'S TO ALLOW HIM TO FILE THE ATTACHED MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT *NUNC PRO TUNC***

Defendant Ridley Durham, Jr., by and through the Office of the Attorney General, hereby moves this Court pursuant to Federal Rule of Civil Procedure 6 (b) (2) and LCvR 7 (m) to enter an order allowing him to file the attached Motion to Dismiss or in the Alternative Motion for Summary Judgment *nunc pro tunc*. In support of this second consent motion the Defendant states the following:

1.    This civil action, pursuant to 42 U.S.C. 1983 and the common law of the District of Columbia, rises out of the arrest and detention of Plaintiff for vehicular homicide. Plaintiff claims that Defendant was negligence and violated his constitutional rights when Plaintiff's pre-trial detention was extended because Defendant allegedly lost or misplaced Plaintiff's DNA sample.

2.    Defendant's response to the complaint was due on Monday January 29, 2007.

3. Undersigned counsel had planned on finishing the motion to dismiss or in the alternative for summary judgment on Sunday January 28, 2007 and then submitting it to the Section Chief for review on the following day.

4. Undersigned counsel could not finish the motion as planned because the computer disk that contained a draft of the motion was inadvertently left at the office.

5. On Monday January 29, 2007, undersigned counsel was involved in a day long deposition that had been schedule in a case, involving multiple parties, which had been recently reassigned to undersigned counsel.

6. Defendant believes that the motion to dismiss or in the alternative for summary judgment will be dispositive of claims set for in the amended complaint.

7. Counsel for Plaintiff gave his consent to this motion and, therefore, Plaintiff will not be prejudiced if this motion is granted.

8. For the reasons stated above there is good cause to grant this motion.

   Wherefore, the Defendant requests that this consent motion be granted.

                                        Respectfully submitted,

                                        LINDA SINGER
                                        Acting Attorney General for the
                                        District of Columbia

                                        GEORGE VALENTINE
                                        Deputy Attorney General
                                        Civil Litigation Division

                                        /s/Nicole l. Lynch/s/_____
                                        NICOLE L. LYNCH
                                        Chief Civil Litigation Division Section II

/s/David A. Jackson/s/_____
DAVID A. JACKSON
Assistant Attorney General
Bar Number 471535
Office of the Attorney General
441 Fourth Street, NW, 6 South
Washington, D.C.  20001
Direct Line: (202) 724-6618
Facsimile: (202) 727-3625
E-mail:  davida.jackson@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DORRELL INGRAM ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:05-2247 (PLF) |
| ) | |
| ) | |
| RIDLEY F. DURHAM, JR., ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT RIDLEY F. DURHAM'S TO ALLOW HIM TO FILE THE ATTACHED MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT**
*NUNC PRO TUNC*

1. Federal Rule of Civil Procedure 6 (b) (2)

2. LCvR 7 (m).

3. The inherent Powers of this Honorable Court.

4. The consent of Plaintiff.

5. The entire record herein.

                                                Respectfully submitted,

                                                LINDA SINGER
                                                Acting Attorney General for the
                                                District of Columbia

                                                GEORGE VALENTINE
                                                Deputy Attorney General
                                                Civil Litigation Division


                                                /s/Nicole l. Lynch/s/_____
                                                NICOLE L. LYNCH
                                                Chief Civil Litigation Division Section II

/s/David A. Jackson/s/
DAVID A. JACKSON
Assistant Attorney General
Bar Number 471535
Office of the Attorney General
441 Fourth Street, NW, 6 South
Washington, D.C. 20001
Direct Line: (202) 724-6618
Facsimile: (202) 727-3625
E-mail: davida.jackson@dc.gov