UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DORRELL INGRAM ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:05-2247 (PLF) |
| ) | |
| ) | |
| RIDLEY F. DURHAM, JR., ) | |
| ) | |
|     Defendant. ) | |
| _____) | |

**PROPOSED ORDER**

Upon consideration of Defendant Ridley F. Durham's, Consent Motion to Allow Defendant to File the Motion to Dismiss or in the Alternative for Summary Judgment *Nunc Pro Tunc*, the Memorandum of Points and Authorities in support thereof, the consent of the Plaintiff, and the entire record herein, it is hereby

**ORDERED** that Defendant's motion is GRANTED; and it is further

**ORDERED** that the Defendant's Motion to Dismiss or in the alternative for Summary Judgment is deemed file as of January 29, 2007, *nunc pro tunc*.

**SO ORDERED.**

_____
Judge Paul L. Friedman
United States District Court
For the District of Columbia

Copies to:

All Counsel of Record via ECF