# EXHIBIT 5

*Superior Court of the District of Columbia*

UNITED STATES OF AMERICA

v.    Court Case No. __F-1160-02__

_Dorrell Ingram_

### ORDER

Upon motion of the United States of America in the above-captioned case for an Order of the Court requiring the defendant, __Dorrell Ingram__, to submit to the taking of a blood sample, a saliva sample, and pulled head and pubic hair samples from his person, and the Court having considered the representations in support of the motion and the opinion of the Supreme Court in *Schmerber v. California*, 384 U.S. 757 (1966), and the Court having found probable cause to believe that the blood sample, saliva sample and pulled ^head^ hair samples will produce evidence of the defendant's involvement in the crime charged, it is by the Court this __18th__ day of __November, 2002__

ORDERED, that the defendant, __Dorrell Ingram__, submit to the taking of blood, saliva and pulled head and pubic hair samples from his person and it is further

ORDERED, that said blood sample be taken in accordance with accepted medical practice by a licensed physician or someone under the direct supervision of a licensed physician within the confines of a hospital or medical clinic regularly operated or licensed by the District of Columbia, and that said blood, saliva and ^head^ hair samples be turned over to __Det. Michael Miller__

__Shellie F. Bowers__
JUDGE

IF RELEASED THE DEFENDANT SHALL REPORT TO 301 C STREET, N.W., ROOM 6154 AT __1:__ O'CLOCK ON __11/22/02__ WITH PHOTO ID.

Blood, Saliva and Pulled Hair Sample Order        SC-5 (Rev. 2/5/01)

**POLICE OFFICER**