# EXHIBIT 1

Page 2

Washington, D.C.  20001
(202) 724-6602

Also Present:

Melissa Harclerode
Rachelle Ware

Page 3

I N D E X

WITNESS:          MR. DEBERARDINIS:     MS. HENRY:

Dorrell Ingram            4

E X H I B I T S

(NONE)

---

Page 4

## P R O C E E D I N G S

1
2
3     Whereupon,
4
5          DORRELL INGRAM
6  the Plaintiff, having been first duly sworn, was
7  examined and testified as follows:
8     EXAMINATION BY COUNSEL FOR THE DEFENDANTS
9        BY MR. DeBerardinis:
10    Q  Mr. Ingram, let me reintroduce myself to you.
11  My name is Robert DeBerardinis. And I'm the attorney
12  representing the District of Columbia as to your
13  lawsuit. Okay?
14    A  Yes, sir.
15    Q  Would I be correct that your attorney has
16  explained to you why you're here today?
17    A  Yes, sir.
18    Q  I'm going to ask you questions about your
19  claim. Okay?

Page 5

1    A  Yes, sir.
2    Q  If during the course of my questioning you do
3  not understand one of my questions. stop me and ask me
4  to repeat myself. Okay?
5    A  Yes, sir.
6    Q  Okay. Great. Have you ever been involved in
7  a deposition before?
8    A  No, sir.
9    Q  I'm just going to ask you questions, and
10  you're just going to give the answers. It's as simple
11  as that. All right?
12    A  All right.
13    Q  And the court reporter here is going to take
14  down everything that we say and make a copy of the
15  transcript. Okay?
16    A  All right.
17    Q  Okay. If for some reason you need a break --
18  I'm trying to keep this not too long. But if you need
19  a break for whatever reason, just tell me.  And we'll
20  make arrangements for it. Okay?
21    A  Yes, sir.
22    Q  Mr. Ingram, what's your date of birth?

---

Multi-Page™

**Page 6**

1  A  It's 7-3-85.
2  Q  So -- oh, happy birthday.  You just had a
3  birthday.
4  A  Yes, sir.
5  Q  So you are 20?
6  A  Yes.
7  Q  And where do you live?
8  A  Number 30-46th Place, Northeast, Washington,
9  D.C.
10  Q  And who do you live with?
11  A  I live with my mother and my twin brother.
12  Q  And what's your twin brother's name?
13  A  His name is Darrell Ingram.
14  Q  Darrell?
15  A  And your first name is Dorrell.
16  A  Yes, sir.
17  Q  Okay.  I think during the course of my
18  questioning, I'm going to -- if I ask a question about
19  your brother, I'm going to just refer to him as your
20  brother, so we don't have confusion on the record where
21  we're talking about Darrell or you, Dorrell.  Okay?
22  A  All right.

**Page 7**

1  Q  Okay.  So when I refer to your brother -- do
2  you have any other brothers?
3  A  Yes.
4  Q  When I refer to your brother I'm, unless you
5  hear differently, I'm referring to Darrell.  Okay?
6  A  Yes, sir.
7  Q  Okay.  I think that'll make it easier for us
8  and avoid some confusion.  Okay.
9      How long have you lived at that address?
10  A  All my life.
11  Q  I understand you're attending the Job Corps?
12  A  Yes, sir.
13  Q  Where is that located?
14  A  In Morganfield, Kentucky.
15  Q  And have you actually -- you actually started
16  at the Job Corps?
17  A  Yes, sir.
18  Q  When did you start?
19  A  That was February 24th, last year.
20  Q  Of 2004?
21  A  Yes, sir.
22  Q  I want to take you back to February 19, 2002,

**Page 8**

1  the day that you were arrested.
2      Do you remember the events of that day?
3  A  Yes, sir.
4  Q  Do you know what day of the week that was?
5  A  Yes.  That was on Tuesday.
6  Q  I want to take you from the very beginning of
7  the day.
8      What did you do that day?  Did you go to
9  school that day?
10  A  Yes, I did.
11  Q  Let me ask a question getting around to that.
12      Back in February 2002, were you in school?
13  A  Yes, sir.
14  Q  Where were you in school?
15  A  I was in Edison Charter School.
16  Q  Where is that located?
17  A  Minnesota Avenue.
18  Q  Did they have grades back then at that school?
19  A  Yes, sir.
20  Q  What grade were you in back in February 2002?
21  A  Well, I was in the 10th grade.
22  Q  When did you start at Edison?  When did you

**Page 9**

1  start there?
2  A  At the beginning of that school year.
3  Q  That school year.
4      Where did you go to school before that?
5  A  At Eastern Senior High School.
6  Q  So you went to 9th grade at Eastern?
7  A  Yes, sir.
8  Q  Okay.  Where did you go before Eastern?
9  A  I went to Bruce Evans.
10  Q  That's on East Capitol Street, isn't it?
11  A  Yes, sir.
12  Q  So you went to Bruce Evans in the 7th and 8th?
13  Would that be fair to say?
14  A  Yes, sir.
15  Q  And then, you went to Eastern?
16  A  Yes, sir.
17  Q  And then the 10th, you're at Edison.
18      Why did you transfer from Eastern?
19  A  Because it was -- well, really because Edison
20  had a lot more programs, and stuff like that, plus it's
21  closer to my house.
22  Q  So I asked you whether you went to school on

Multi-Page™

1 that -- now we're back to February 19, 2002. That's a
2 Tuesday.
3       Do you remember going to school that day?
4   A  Yes, sir.
5   Q  And what time did you get out of school?
6   A  I got out at 12 o'clock.
7   Q  Now why is that?
8   A  Because it was a half a day.
9   Q  Any particular reason?
10  A  No.
11  Q  So what did you decide to do after you got out
12 of school?
13  A  As I recall, I went over my girlfriend's
14 house.
15  Q  And where does she live?
16  A  Over in River Terrace.
17  Q  What's her name?
18  A  Her name is Amy.
19  Q  Amy what?
20     You don't remember her last name?
21  A  No. That was many moons ago.
22  Q  Young love. Okay. So you were at your

1 girlfriend's.
2   Q  Do remember how long you stayed there?
3   A  No, sir.
4   Q  Do you know a guy named -- I don't remember
5 his first name -- Faltz, F-A-L-T-Z?
6   A  Yes, sir.
7   Q  Did you see him that day?
8   A  Yes, later on that night.
9   Q  Now, tell me about meeting him. What part of
10 the day did you see him and why, and what was involved
11 in that?
12  A  I don't know what exact time I met up with
13 him, but he had came to my house. And he had picked me
14 and my brother up.
15  Q  What's Faltz's first name?
16  A  Anthony.
17  Q  Okay. Anthony Faltz.
18     How well, back in February 2002, how well did
19 you know Mr. Faltz?
20  A  I knew him real good, I thought.
21  Q  Was he a friend?
22  A  Yes.

1   Q  Did you go to school with him?
2   A  Yes.
3   Q  Did you go to Edison with him?
4   A  No.
5   Q  Eastern?
6   A  No.
7   Q  Bruce Evans?
8   A  No.
9   Q  So you didn't know him from school?
10  A  Yes. I went to elementary school with him.
11  Q  Okay. Was he a neighbor?
12  A  He lived, like, four blocks away.
13  Q  How would you describe your relationship back
14 then?
15  A  We was good buddies.
16  Q  Okay. Now, he met you at the address that you
17 gave us earlier?
18  A  Yes, sir.
19  Q  And what's that address?
20  A  Number 30-46th Place, Northeast, Washington,
21 D.C.
22  Q  So he came to 46th Place?

1   A  Yes, sir.
2   Q  Okay. Were you inside -- is that a house or
3 an apartment that you live in?
4   A  A house.
5   Q  Were you inside the house when he came?
6   A  Yes.
7   Q  He knocked on the door and identified himself,
8 or do you remember that?
9      If you don't remember, you can just say, I
10 don't remember.
11  A  I don't remember.
12  Q  Okay. Why did he come there that night? Do
13 you remember?
14  A  I think it was sort of a party that was
15 supposed to have been going on.
16  Q  Did you leave the house with him?
17  A  Yes, I did.
18  Q  Was your brother around at the time?
19  A  Yes.
20  Q  Just to repeat myself, I'm talking about
21 Darrell now.
22  A  Yes.

Page 14

1  Q  Is Mr. Faltz a friend of Darrell's also?
2  A  Yes.
3  Q  How old is your brother Darrell?
4  A  We're twins.
5  Q  Oh, you're twins. I'm sorry. You told me
6  that. Okay. So you left the house.
7     What did you do?
8  A  We went around -- I think that's Foote Street.
9  Q  Were you walking or how were you getting
10 around?
11 A  No. We was driving.
12 Q  Tell me about that.
13    How old was Anthony Faltz?
14 A  I think he was 20. I think he was 20.
15 Q  Back in 2002?
16 A  Uh-huh, yes.
17 Q  So you're 16 and he's 20?
18 A  Yes, sir.
19 Q  Did you get into -- when you left your home,
20 did you get into a car?
21 A  Yes, sir.
22 Q  Whose car was it?

Page 15

1  A  I don't know whose car it was.
2  Q  Well --
3  A  I didn't know whose car it was.
4  Q  Well, you knew Mr. Faltz. Right?
5  A  Yes.
6  Q  What kind of car was it? Do you know the
7  make?
8  A  It was a Ford Crown Victoria, I think.
9  Q  Have you ever seen Anthony Faltz with that car
10 before?
11 A  No, sir.
12 Q  Before that night, when was the last time you
13 saw Mr. Faltz?
14 A  I don't remember.
15 Q  A couple of days before? Weeks before?
16 Months before?
17 A  Probably, days before.
18 Q  At that time, did he have a car?
19 A  No, sir.
20 Q  Did you believe the car was his?
21 A  I wasn't really focused on the car.
22 Q  You got into a car you had never seen before.

Page 16

1  Right?
2  A  Yes, sir.
3  Q  Did you say to Anthony Faltz, hey, I didn't
4  know you had wheels, Mr. Faltz?
5  A  No.
6  Q  Did you say, hey, where did you get this big
7  car?
8  A  No.
9  Q  And he's your friend. Right?
10 A  Yes.
11 Q  Did you notice anything unusual about the car?
12 A  No.
13 Q  When you got in the car, where did you sit?
14 A  In the backseat.
15 Q  Where did your brother sit?
16 A  In the passenger seat.
17 Q  In the backseat, did you sit behind the driver
18 or behind --
19 A  Yes, in the back-driver's side.
20 Q  Did you notice anything funny about the
21 steering wheel?
22 A  No, sir.

Page 17

1  Q  Did you notice that the key had been punched
2  out?
3  A  No, sir.
4  Q  Did Mr. Faltz tell you, hey, I got these hot
5  wheels, that I stole them?
6  A  No, sir.
7  Q  Well, you just went along for the ride?
8  A  Yes, sir.
9  Q  Then what happened?
10 A  Then we went to Foote Street from my house.
11 And we was talking to some females. And we were still
12 inside the car. And that's when the police had pulled
13 up.
14 Q  Tell me about that.
15    The car's parked and the police pulled up?
16 A  Yes, sir.
17 Q  And did the police officer get out of the car?
18 A  No, sir.
19 Q  Tell me what happened.
20 A  Well, we were sitting in the car, and Anthony
21 was in the driver's seat. My brother was in the
22 passenger seat, and I was in the backseat right behind

Page 18

1 Tony. And we was talking to some females. And the
2 police car had came from behind us. And they had came
3 in front of us, too.
4        And we was parked on the right side of the
5 street when the police car had came in front of us. And
6 Anthony had backed the car up and rammed the car that
7 was behind us. And he had went -- oh, he went forward
8 first and rammed the car that was in front of us and
9 went back and rammed the car behind us. And after that,
10 he wedged his way out. And he started running.
11    Q  Is he saying anything when he did that?
12    A  No.
13    Q  Did you hear the police -- before he did that,
14 did you hear the police say anything?
15    A  No.
16    Q  How close did they get to the car, the car
17 that he was driving?
18    A  They were real close. And he drew his gun.
19 And I forgot who the officer was, but he drew his gun.
20    Q  The officer drew his gun.
21       Was the officer out of the police car?
22    A  He was on the side of the car.

Page 19

1    Q  You could see that?
2    A  Uh-huh, yes, sir.
3    Q  And when Mr. Faltz -- let me ask you something
4 about Mr. Faltz before we talk more about what happened.
5       Did you ever know if Mr. Faltz had a criminal
6 record?
7    A  Yes, sir.
8    Q  For what?
9       MS. HENRY: Objection.
10      THE WITNESS: I'm not sure.
11      BY MR. DeBERARDINIS:
12    Q  Have you known him to have spent time in jail
13 or prison?
14      MS. HENRY: Objection to the line.
15      BY MR. DeBERARDINIS:
16    Q  Do you know?
17       You can answer.
18    A  No, sir.
19    Q  What kind of reputation did he have in the
20 neighborhood?
21      MS. HENRY: Objection.
22      THE WITNESS: He was a pretty all right person

Page 20

1 and didn't have any problems with anybody.
2       BY MR. DeBERARDINIS:
3    Q  Okay. What exactly did he do as far as the
4 police car is concerned, back into it?
5    A  Yes, sir.
6    Q  And what was your response when he did that?
7    A  I was puzzled. I really didn't know what was
8 going on.
9    Q  Did your brother say anything?
10    A  No.
11    Q  So then what happened?
12    A  So then I did --
13    Q  What was going through your mind? Did you
14 have any notions as to why the police might have been
15 surrounding that car?
16    A  No.
17    Q  Okay. Before that night, had you ever been
18 arrested?
19      MS. HENRY: Objection.
20      THE WITNESS: Yes, sir.
21      BY MR. DeBERARDINIS:
22    Q  And without telling me what it is, do you have

Page 21

1 a juvenile record?
2    A  Yes, sir.
3    Q  Have you been -- before that night, had you
4 been incarcerated for any period of time?
5       MS. HENRY: Objection.
6       THE WITNESS: Only overnight.
7       BY MR. DeBERARDINIS:
8    Q  Only overnight?
9    A  Yes.
10    Q  Were you ever at Oak Hill or in a group home,
11 or anything like that?
12    A  No, sir.
13    Q  Okay. So what did you think, at that point,
14 when Faltz backs up and he drives away, I guess -- is
15 that what happened?
16    A  Yes, sir.
17    Q  What did you think he was trying to do at that
18 point?
19    A  He was trying to get away.
20    Q  Did you say anything to him?
21    A  No, sir.
22    Q  You didn't say, hey, Faltz, what the heck's

Multi-Page™

**Page 22**

1 going on here?
2   A   No.  I did say that, but that was further down
3 the line.
4   Q   Well, before we get to that point, where is he
5 driving?  Where did he take the car?  Where did he drive
6 the car?
7   A   He drove it up the street.
8       I don't understand really what you are saying.
9   Q   Well, I'm asking you what path he took.  How
10 did he go?  Do you remember the streets he went down?
11   A   No, not exactly.  I can't tell you all of
12 them.
13   Q   Okay.  But he was -- it was obvious to you
14 that he was trying to get the heck out of there?
15   A   Yes, sir.
16   Q   Then what happened?
17   A   And then, he had went through the wedged cars.
18 He had went down the street and ran a stop sign and made
19 a couple of turns.  And that's when my brother started
20 yelling at him like, hey, man, what the --
21   Q   Yes, what the "f" is going on here.
22   A   What's going on?  And then, after that, he was

**Page 23**

1 making this turn.  And I started telling him to slow
2 down; slow down, drop me off, let me out.  And then he
3 kept on going.
4       And when he was going around this turn, I
5 guess -- I don't actually know what street it was, but
6 it was the -- well, I really don't know what street it
7 was.  But it was the street before the accident
8 happened.  He was going around there turning.  And both
9 of us kept on telling at him to slow down.  And he was
10 like, man, I got this.  Man, I got this.
11   Q   What was he saying?
12   A   He said, I got this, man.  I got this.
13   Q   All right.  Does that mean, I'm in control?
14 Is that what he means by that?
15   A   Yes.
16   Q   Okay.
17   A   And then, after that, he had went up the
18 street.  And I had kept my head down, because I wanted
19 to get away from the situation.  And I didn't really
20 want to be in that situation.  And I didn't know --
21 well, I didn't want to be in that situation.
22   Q   Okay.

**Page 24**

1   A   So I put my head down.  I had my head down in
2 the seat.  And then, the next thing I knew, the crash
3 had happened.  And I didn't see the crash coming,
4 though.  And I had my head down.
5   Q   Are you still in the backseat at this point?
6   A   Yes, sir.
7   Q   And your brother's on the front seat,
8 passenger side?
9   A   Yes, sir.
10   Q   Okay.  Then what happened?
11   A   After the crash, I seen all yellow.
12   Q   What do you mean, you saw all yellow?  What do
13 you mean?
14   A   My head had hit something.  I think it was the
15 little plastic piece that's on the back of the seat.
16   Q   Yes.
17   A   My head had hit something.  And then, I had
18 seen all yellow.  And then, when I got my vision back --
19   Q   Okay.
20   A   -- I had hopped out the car and I started
21 running.
22   Q   Now, why did you do that?

**Page 25**

1   A   Because I didn't want to get locked up.
2   Q   Now, locked up for what?
3   A   Being in whatever he was involved in, fleeing
4 from the police.
5   Q   Well, why would you be involved in it?  You
6 were just a passenger.
7   A   Exactly, but I don't know.  My reaction was to
8 run.
9   Q   Okay.  What about -- what did your brother do?
10   A   He couldn't run.  Something was wrong with
11 him.  I think his leg was messed up.
12   Q   What about Faltz?  What did he do?
13   A   I don't know.  I don't really know what
14 happened.  I don't really know what he did.
15   Q   How did you get out of the car?
16   A   I got out of the left door, the driver's door
17 where I was sitting at.
18   Q   It's a four-door car?
19   A   Yes, sir.
20   Q   You got out of the door that was right next to
21 you?
22   A   Yes, sir.

Page 26

1  Q  And when you got out, what did you see?
2  A  I didn't see nothing.  I just was running.
3  Q  Did you know what the car -- the car had
4  crashed?
5  A  No.
6  Q  Well, how did it come to a stop?
7  A  I didn't have a clue at that time.
8  Q  Well, when you looked up, did you see another
9  vehicle right in front of you?
10  A  Yes.
11  Q  Did you know two people were dead inside that
12  car?
13  A  No.  I found out later on that night.  But I
14  didn't know at the time.
15  Q  Okay.  So you got out of the car.  You didn't
16  look around to see what was going on?
17  A  No.
18  Q  So you didn't see that the car had crashed
19  into another car?
20  A  No.
21  Q  And you didn't see Faltz?
22  A  No.

Page 27

1  Q  You didn't see your brother?
2  A  No.
3  Q  And where did you run to?
4  A  I don't really recall that night too much.  I
5  know that, I guess, I ran up a hill, and it was these
6  bushes right there.  And I had jumped in these bushes.
7  Q  Let me ask you this.  Let me backtrack a
8  little bit.  When the car -- did you know the car had
9  crashed before it stopped?
10  A  No.
11  Q  You didn't feel a bump?
12  A  Yes, I know that the car crashed.
13  Q  You know that it crashed?
14  A  Yes, sir.
15  Q  But you didn't know -- did you know what it
16  crashed into?
17  A  No.
18  Q  You never looked up to see?
19  A  No, sir.
20  Q  Okay.  I'm going to back up here a little bit.
21  When he was -- when Faltz was driving after getting away
22  from the police the first time, okay --

Page 28

1  A  Yes, sir.
2  Q  -- did you happen to look at the steering
3  wheel at that point and --
4  A  No, sir.
5  Q  Okay.  So you had no idea what was going on?
6  A  I was never focused on the car.
7  Q  Okay.  So you ran under some bushes?
8  A  Yes, sir.  I actually jumped in some bushes.
9  Q  And then what happened?
10  A  Then, I seen police running past me.  And I
11  had stayed in the bushes for awhile, because my head was
12  bleeding.  And I had took off my shirt and was putting
13  it on my head.  And then, after that, I was just sitting
14  for a little bit.  And then, I actually started praying.
15  Q  Praying for what?
16  A  That I wasn't going to get locked up.
17  Q  Okay.  How many times before this had you been
18  arrested?
19  MS. HENRY:  Objection.  Asked and answered.
20  BY MR. DeBERARDINIS:
21  Q  Just once?
22  MS. HENRY:  You can answer.

Page 29

1  THE WITNESS:  No.  Twice.
2  BY MR. DeBERARDINIS:
3  Q  Okay.  So you're praying in the bushes?
4  A  Yes, sir.
5  Q  Praying that you wouldn't get arrested?
6  A  Yes, sir.
7  Q  What happened next?
8  A  After that, I was looking up and I seen a
9  helicopter that was circling.  And I was just like, I'm
10  just going to get up and start walking, and hopefully I
11  can make it home.  And I got up and I started walking.
12  And there was two police officers standing at the top of
13  these steps wherever I was at and I started walking.
14  And it was this other little cut, or whatever,
15  that was in front of me.  But I had started walking
16  towards the steps where the police was at.  Why?  I
17  don't know.  But I walked over there, and I got to the
18  bottom of the steps.  Both of the police had took out
19  their guns.
20  Q  Let me interrupt you.  Would it be fair to say
21  that you were hoping that they thought that you were
22  just somebody in the neighborhood, or just happened to

Page 30

1 be walking down the street? Is that what you were
2 hoping?
3    A  Yes, sir.
4    Q  Okay. So the police take out their guns.
5       What's going through your head at that point?
6    A  Get down on the ground. That's what they
7 said.
8    Q  Okay. And is that what you did?
9    A  Yes, sir.
10    Q  Did you say anything?
11    A  No, I didn't.
12    Q  Okay. Then what happened?
13    A  Told me to get down on the ground, put my
14 hands behind my back — I mean, put my hands on my head.
15 After that, then a helicopter was just hovering over me
16 with the light on me. Then, all these other police cars
17 started coming, and an officer had came. He put his
18 knee in my back, put the cuffs on me, and then he picked
19 me up. And then, he started walking me to the police
20 car.
21    Q  Okay. Did you say anything to the police?
22    A  Yes, I did.

Page 31

1    Q  What did you say?
2    A  I had told him that I wasn't involved in the
3 incident.
4    Q  Who did you say that to?
5    A  I don't know who it was.
6    Q  And what was his response?
7    A  He was like, why is your head bleeding, then?
8    Q  Okay. So did they take you back to the crash
9 scene?
10    A  No, sir.
11    Q  Where did they take you?
12    A  They took me to D.C. Jail.
13    Q  Okay. Now before -- are you, Mr. Ingram, are
14 you claiming in this case that any of the police
15 officers, before you got to D.C. Jail, used more force
16 than was necessary to arrest you?
17    A  Can you repeat that one more time?
18    Q  Okay. Did the police -- are you saying, the
19 police beat you up on the scene, using more force than
20 they needed to?
21    A  I'm not saying -- not really.
22    Q  Okay. Did you see your brother or Faltz that

Page 32

1 night?
2    A  No, sir.
3    Q  When did you find out what the charge was?
4       Now, did there come a time when you found out
5 what the charges were against you?
6    A  No -- yes, the next day.
7    Q  What did you find out?
8    A  They had told me I was being -- yes, they had
9 told me that I was being charged as an adult. They
10 said, I was being charged with the driving.
11    Q  Did you know that there was a gun that was
12 found in that car?
13    A  Yes, I had found that out after I got my
14 discovery package.
15    Q  Do you know where in the car that gun was?
16    A  I think they said it was by my brother's seat.
17    Q  Underneath your brother's seat?
18    A  Uh-huh. That's what I think they said.
19    Q  When you were in that car, did you see a gun?
20    A  No, sir.
21    Q  Okay. You went from the hospital -- where did
22 you go from the hospital?

Page 33

1    A  I think they took me to some sort of precinct.
2 I remember spending the night in a precinct that night.
3 But I don't recall which one it was, or nothing like
4 that.
5    Q  Did there come a time when the police read to
6 you your rights, that you didn't have to talk to them,
7 or anything?
8    A  Yes, sir.
9    Q  Where did they do that?
10    A  It was at the scene.
11    Q  At the scene. Okay.
12       When they took you back to the precinct, did
13 they talk to you about what happened?
14    A  Yes.
15    Q  Did you make a statement?
16    A  I'm not sure.
17    Q  Do you remember signing a statement?
18    A  I'm not sure. I'm pretty sure I probably did,
19 but I'm not sure.
20    Q  At the precinct, did you tell the police
21 officers that you weren't driving, that it was Mr.
22 Faltz?

Page 34

1  A  Actually, to tell the truth --
2  Q  That's what we're here for.
3  A  Exactly.
4  Q  Okay. Let's keep that in mind.
5  A  At the hospital, they had told me -- the
6  officer had told me that two people had died in the car
7  crash. And he had told me, you was in the car crash,
8  and two people had died.
9       And, from that point on, I didn't talk to
10 nobody, because my mind was so messed up. And I was
11 thinking that my brother had got killed and that Tony
12 had got killed.
13 Q  Okay.
14 A  And I wasn't talking to nobody.
15 Q  So you went to the precinct and you
16 were processed. Let me back up.
17      In the hospital, you were treated for some
18 injuries?
19 A  Yes.
20 Q  What kind of injuries?
21 A  It was a cut above my eye. I'm not sure.
22 Q  Did you have any bruises on your face, or

Page 35

1  anything?
2  A  Yes. My eye was black and it was shut.
3  Q  Okay. Now that was caused by the accident, I
4  take it?
5  A  Yes, sir.
6  Q  Okay. How long did you stay at the hospital?
7  Do you remember?
8  A  I'm not for sure.
9  Q  So you went from the hospital to the precinct?
10 A  Yes, sir.
11 Q  Did you speak to anybody about what happened
12 in the precinct?
13 A  No, sir.
14 Q  And then, where did you go from the precinct?
15 A  I don't really remember how it went. But I
16 know I did go down Oak Hill, because the second day
17 after -- yes, the second day -- as a matter of fact, I
18 think I went to Oak Hill that same night --
19 Q  Okay.
20 A  -- because I remember the next day they said,
21 I couldn't go to court. I did go to court, but then
22 when I was downstairs in the bullpen, the marshal had

Page 36

1  told me that I couldn't go to court, because my name
2  wasn't down there, because I was still listed as a
3  juvenile. And they was charging me as an adult.
4  Q  So you went to Oak Hill for a night?
5  A  Yes.
6  Q  And then, there came a time when you came back
7  to court and you were charged as an adult. Is that what
8  happened?
9  A  Yes, sir.
10 Q  And then, you had something called a
11 Preventive Detention hearing -- do you remember that --
12 a hearing to decide what was going to happen to you
13 while the case was going on?
14 A  I guess.
15 Q  Do you remember that?
16 A  I guess I did.
17 Q  Do you remember being in court, and the police
18 officers testified about what the evidence was against
19 you? Do you remember that?
20 A  I guess.
21 Q  Did you have a lawyer at this --
22 A  Yes.

Page 37

1  Q  Who was the lawyer?
2  A  I think it was Todd Elderman.
3  Q  Is he with the Public Defenders Service?
4  A  Yes, sir.
5  Q  And then, you ended up being locked up at D.C.
6  Jail, I understand. Is that correct?
7  A  Yes, sir.
8  Q  Now, while you were in jail -- I'm not asking
9  you what you spoke to your lawyer about. Okay? But
10 while you were at jail, besides any conversations you
11 had with your lawyer -- I'm not asking you about that --
12 but did you tell anybody, man, they got the wrong guy
13 here. I'm charged with murder, and it was Faltz who was
14 the guy who was driving?
15 A  I guess you can say that for the first night.
16 But I really wasn't talking to people about what had
17 happened, because a correctional officer had told me
18 when I first got there -- he said, don't discuss your
19 case with anybody.
20 Q  I guess, what I really meant was, not with the
21 other inmates. I'm talking about any time during the
22 time that you were locked up, did you -- to your

Page 38

```
1  knowledge, did your lawyer -- to your knowledge, while
2  you were locked up, was anybody in the Metropolitan
3  Police Department -- and if you don't have an answer to
4  this, you just don't know it.
5       But, to your knowledge, did your lawyer try to
6  tell the government that they had the wrong person, that
7  it was Faltz?
8       MS. HENRY: Objection.
9       THE WITNESS: I'm pretty sure they did.
10      BY MR. DeBERARDINIS:
11  Q  To your knowledge, did your lawyer try to work
12  out a deal where you would testify against Faltz?
13      MS. HENRY: Objection.
14      THE WITNESS: No. No, sir.
15      BY MR. DeBERARDINIS:
16  Q  No?
17  A  No, sir.
18  Q  I want to ask you a question. But I don't
19  want you to answer until your lawyer objects. And your
20  lawyer might instruct you not to answer. If that
21  happens, that's fine. Okay.
22      Did you tell your lawyer, look, you do what it
```

Page 39

```
1  takes; I'll testify against Faltz, because I'm not the
2  guy who did it?
3       MS. HENRY: Objection.
4       And you're instructed not to answer that.
5       THE WITNESS: Okay.
6       BY MR. DeBERARDINIS:
7  Q  Did your brother come visit you?
8       MS. HENRY: Objection. Where?
9       BY MR. DeBERARDINIS:
10  Q  While you were at the jail.
11  A  Yes, sir.
12  Q  Did you say hey, look, you got to go tell the
13  police who was driving here?
14  A  No, I didn't say that.
15  Q  Why not?
16  A  Because I knew already. Common sense would
17  tell anybody, if your brother was with you, then your
18  brother is going to automatically say that you wasn't
19  the person, because your brother ain't going to want to
20  see you go get locked up, or nothing like that. So I
21  knew that nobody would believe my brother.
22  Q  Well did you -- when your brother came to
```

Page 40

```
1  visit you, did you say, hey, did you tell anybody that,
2  hey, I wasn't the guy?
3  A  Can you say that again?
4  Q  Did you tell your brother -- did you have a
5  conversation with your brother saying, hey, twin
6  brother, did you speak to the police about what happened
7  that night and straighten those folks out?
8  A  No.
9  Q  You knew what you were charged with; right?
10  A  Yes.
11  Q  You were charged with killing people.
12  A  Yes.
13  Q  And you didn't want to go to jail for the rest
14  of your life, did you?
15  A  No.
16      MS. HENRY: Objection. He had counsel at the
17  time.
18      BY MR. DeBERARDINIS:
19  Q  Okay. But you didn't -- did your brother say,
20  hey -- when he came and visited you, did you discuss
21  with him the case?
22  A  No, because he already knew everything.
```

Page 41

```
1  Q  Did your brother speak to your lawyer?
2       MS. HENRY: Objection.
3       THE WITNESS: Yes, I think my lawyer did pay
4  my brother a visit.
5       BY MR. DeBERARDINIS:
6  Q  Okay. To your knowledge, did your brother
7  have any contact with the police to try to straighten
8  them out?
9  A  I'm pretty sure he did.
10  Q  Not whether you think he did, do you have
11  knowledge whether he did? Did he tell you that he did?
12  A  No.
13  Q  When you were first locked up at the jail, did
14  you have any problems?
15  A  Yes.
16  Q  Tell me about that.
17  A  Well, as soon as the first day I got on
18  population, a dude tried to take my shoes. Then I was
19  fighting him, and then they had locked me down. And
20  then --
21  Q  When you say, "locked you down," what does
22  that mean, lock you down?
```

Page 42

```
1     A  It means they -- it's a -- all right.  Say,
2 you got a unit; right?
3     Q  Uh-huh.
4     A  And you've got, like, 18 cells.  They put me
5 in my cell, and they locked me down for a 24-hour
6 lock-down while everybody else walked around and do
7 whatever.
8     Q  So let me back you up.  The guy tried to take
9 your shoes.
10     A  Yes, sir.
11     Q  And what was your response?
12     A  What was my response when he tried to take my
13 shoes?
14     Q  Yes, yes.
15     A  I was --
16     Q  What did you do?
17     A  I started shaking my head and I was, like, I
18 cannot go like that.  I cannot let you take my shoes.
19     Q  Okay.  That's probably the correct response.
20       But what did you do?
21     MS. HENRY:  Objection to the line.
22     MR. DeBERARDINIS:  Okay.
```

Page 43

```
1     BY MR. DeBERARDINIS:
2     Q  What did you do?
3     A  He had pulled out a pencil that was a
4 sharpened pencil.  And he had took my buddy's shoes, who
5 came in there with me.  And --
6     Q  Your buddy?  Who's your buddy?
7     A  His name is Terrell.  I don't remember his
8 last name.
9     Q  What was he charged with?
10     A  He was charged --
11     MS. HENRY:  Objection.
12     THE WITNESS:  He was charged with murder.
13     BY MR. DeBERARDINIS:
14     Q  Okay.  He just happened to be locked up with
15 you the same night?
16     A  Yes.  We came from Oak Hill together.  We got
17 charged as adults on the same day.
18     Q  Did you know him before that?
19     A  Not really.  We used to go to Eastern
20 together.
21     Q  Okay.  So a guy tries to take your shoes.
22       What did you do?  Did you hit him?
```

Page 44

```
1     A  No.
2     Q  What happened?
3     A  He had took my buddy's shoes.  And after that,
4 then he was like, dog, you got to give up your shoes.
5 I was like, no, I can't go like that.  And then, the CO
6 was looking like he was about to come up there.  So
7 then, he had put the pencil up and went and sat down.
8 And then --
9     Q  The CO is the Correctional Officer?
10     A  Yes, sir.
11     Q  Okay.
12     A  And then, after that, the day had basically
13 went on and everything was all right.  And then, the
14 next day after that, that's when I was fighting.
15     Q  Why were you fighting?
16     MS. HENRY:  Objection.
17     THE WITNESS:  Because the same person who
18 tried to take my shoes the first time was -- it was
19 because when we was getting our trays, or whatever, they
20 was passing out the juices, and I didn't get a juice.
21 And I didn't know nothing about nothing that was going
22 on in there.
```

Page 45

```
1       And the CO had walked past the bottom.  And I
2 had told him, I didn't get no juice.  And then, he came
3 up and he was getting on people.  He was, like, you all
4 know you are supposed to get a juice.  And so, the CO
5 came and brought down my juice.
6       And then, the dudes was talking all this
7 stuff, talking about, man, you're snitching.  And you
8 know you ain't supposed to get no juice.  You just now
9 came in here and just talking all this crazy stuff.  So
10 I just didn't say nothing.
11       And when they had -- then, that's when a
12 person had came to -- I forgot what the name of the
13 person was.  But the person had came to ask me did I
14 want to be in protective custody.  Did I want to be in
15 population?  And I told him, I wanted to be in
16 population.  And then, that's when he let me out with
17 everybody else.
18       And I went in the -- and whoever the person
19 was, the dude who tried to take my shoes, he was the one
20 who was talking.  But I didn't know who was talking.
21 But he was saying that, since I told the CO, I can't use
22 the phone.  I can't take a shower.  I can't do all this
```

Page 46

1 stuff.
2    Q  Who was telling you, another inmate?
3    A  Yes.
4    Q  Okay.
5    A  So when I came out, I had went in the TV Room,
6 and I had picked up the phone. And everybody was
7 looking at me all crazy. But I ain't know who was
8 talking that stuff. And I was already real upset.
9        So I picked up the phone and called my mother.
10 I started talking to my mother. Then, my mother started
11 crying, and stuff, and this dude came over there and
12 hung up the phone on my mother.
13    Q  Okay. Then what happened?
14    A  Then I swung on him. And then, I was on top
15 of him. And I was swinging on him, or whatever. And
16 then, this other dude tried to come, and he was trying
17 to hit me. And I was still hitting him.
18        And then, the CO had came up, and they grabbed
19 the dude that was trying to hit me. And I still had the
20 dude, hitting him. And then, they had grabbed both of
21 us, put the cuffs on us, and took us up to the
22 infirmary.

Page 47

1    Q  Okay. Were you hurt?
2    A  The dude who was hitting me, when I was
3 hitting him, he had kicked me in my head. And my head
4 had hit the wall. So they had took me up there for
5 that, or whatever. It was the same spot that had
6 happened in the crash. And it started bleeding again.
7    Q  And what happened after that?
8    A  After that, then they told me that I had got
9 in two fights, and I had to go on lock-down. So they
10 took me on lock-down, and they asked me did I want to
11 press charges. And I told them no. And they took me to
12 South One. That's a whole other unit where everybody's
13 on lock-down.
14        No, no. That didn't happen like that. I'm
15 sorry. That didn't happen like that. After I had
16 gotten jumped, they said they had told me they was going
17 to move me to another unit on the lock-down unit,
18 because I got in two fights. But that same night, they
19 had me locked down with everybody else again.
20    Q  When you say, "locked down with everybody
21 else," what do you mean?
22    A  I'm saying, on my same unit --

Page 48

1    Q  In the general population?
2    A  Yes. But they had me locked down. But it was
3 still general population, people walking around, and
4 stuff like that.
5    Q  Okay.
6    A  So, after that, I was -- I had went to a
7 visit. And I had came back from this visit. And I was
8 walking and I had just came and seen my mother. She was
9 crying, and stuff. I was upset. And I was walking up
10 the steps, and when I went up the steps, this dude was
11 talking some stuff to me. And I had my head down. And
12 I was upset because my mother was crying, and stuff.
13        And then, when I had looked at the dude who
14 tried to take my shoes, because he was standing up at
15 the cell, or whatever, I looked at him and his lip and
16 the side of his face was real fat. And I started
17 laughing, and stuff. And then, he started kirking out,
18 talking about, I'm going to kill you, and all this and
19 all that. And I kept on laughing. I was trying not to,
20 but they had -- you know -- I started laughing, or
21 whatever.
22        So I went back to my cell. And he had got mad

Page 49

1 at that. And he had told his buddies to do this and do
2 that. Basically, he told his buddies to jump me, or
3 whatever. And --
4    Q  How do you know that?
5    A  Because that's what happened. And they was
6 his buddies. I guess he told them that.
7    Q  Well, you are just guessing that, would that
8 be fair to say?
9    A  Yes.
10    Q  Anybody ever tell you that's what he did?
11    A  No.
12    Q  Okay. Did they jump you?
13    A  Yes, they did.
14    Q  Where were you when they jumped you?
15    A  I was in my cell. When I had came back from
16 that visit, the dude that was beside me -- my cell was
17 closing. He had wedged some tissue in my cell. And he
18 had closed -- and I was sitting on my bed. And I was
19 reading this book, and then I had got up to use the
20 bathroom.
21        And then, after that, I was trying to open up
22 the cell, because I had seen the tissue right there.

Multi-Page™

Page 50

1  And I tried to open it, but it wouldn't open.  So then,
2  I went and sat back down.  And I didn't really think
3  nothing of it.
4      So after that it was, what, three people that
5  had walked past my cell, and they was looking at me all
6  crazy, and stuff.  And then, the three dudes had grabbed
7  the cell, and they yanked it open.  And I was right
8  in one cell.  And they was right in front of the bubble
9  where the CO sits at, because the first time I had got
10 in a fight, they had told me they had to move me closer,
11 so the CO could watch me, plus I had, they say, a
12 high-supervision case, or something like that.
13     So I can't really think what they call it, but
14 it's a high something.  But they had -- so that's why
15 they put me in one cell, so the CO could keep his eye on
16 me.
17     And, at that time -- I can't think of his
18 first name, but it was Cooper.  He was in the bubble, or
19 whatever.  And they had walked past, and then they had
20 yanked open the cell.  And then, they had came in my
21 cell.  How Cooper didn't see it, I don't know.
22 Q  Well, let me back up here.  You mentioned

Page 51

1  something about tissues being put in the --
2  A  Yes, sir.
3  Q  Well, you had the visit with your mom; right?
4  A  Yes, sir.
5  Q  And you got -- did a correctional officer
6  escort you back to your cell?
7  A  Yes, sir.
8  Q  And he put you in the cell?
9  A  Yes, sir.
10 Q  He closed the door?
11 A  Yes, sir.
12 Q  So how did the tissues get blocked there?
13 A  The dude that was beside me, he had put it in.
14 And then, I don't know how the CO missed it.  I don't
15 know how I missed it.
16     Well, I know how I missed it, because I had to
17 turn around so they could take the cuffs off of me.  But
18 that's what happened.
19 Q  Where, actually, did they put the tissue?
20 A  They put it by the locked part.  Like, when
21 the cell closes, it has a little latch part.  They had
22 put it right there so it wouldn't latch.

Page 52

1  Q  When did you discover the tissues were in
2  there?
3  A  That was later on that night.
4  Q  Okay.  And so, you knew your cell was open at
5  that time?
6  A  I didn't know it was open.  I didn't have no
7  clue of what was -- I tried to open it just to see if it
8  would open.  See, I didn't know that it was such a thing
9  as pop-out cells.  It's actual cells that, when you
10 close them -- when they are closing them, that you could
11 hold on to, and then it'll start messing up the bars, or
12 whatever.  It's rigging itself.  And then, you just put
13 it down lightly.
14     And then, when they turn it off, or whatever,
15 at any time you could just grab your cell and yank it
16 open, and it'll come open.  I didn't know about that.
17 It's -- they call it pop-out cells.
18 Q  But your cell was inside of a bubble?
19 A  No.  It was right in front of the bubble.
20 Q  Right in front of the bubble.  That's right.
21 It was inside.
22     You could see yourself from the bubble?

Page 53

1  A  Yes, sir.
2  Q  Okay.  And there came a time when some guys --
3  some inmates entered your cell and jumped you?
4  A  Yes, sir.
5  Q  And did you look up at the bubble at that
6  point?
7  A  No.  I couldn't see the bubble, because the
8  cell is so small.  It's, like, all you have is your bed,
9  your toilet, and a wall.  That's it.  And when they came
10 in, the dudes was like some heavy-set dudes.  They had
11 blocked the pathway.  And all three of them -- well, the
12 first dude had came in, and when he came in, I had just
13 got up, and I had backed up against the wall, or
14 whatever.  And then he came in.
15     I swung on him, because I already knew what
16 they was coming in to do.  So after, then me and him got
17 in a little tussle.  The other dude had hit me.  The
18 next thing I know, I was on the ground.  And he was
19 kicking me, and stuff like that.
20 Q  And then what happened?
21 A  After that, they left out and they closed the
22 cell back.

Multi-Page™

Page 54

```
 1    Q  Did you tell anybody you had been jumped?
 2    A  Yes.
 3    Q  Who did you tell?
 4    A  I was getting Cooper's attention; right?  I
 5  had -- what was -- it was an orange slip, a
 6  bright-orange slip that they had gave me.  I think it
 7  was, like, used for shower shoes, or something like
 8  that.  And I was waiving them, because I was bleeding,
 9  or whatever.  Right?  And Cooper had looked up, and then
10  he had waived me off.
11        And then, he looked like he was saying
12  something.  And then, he had waived me off again.  And
13  then, he had went back to doing what he was doing, and
14  stuff like that.
15        And that had made me real, real upset because,
16  say, if they had came in there and they would have
17  stabbed me, or something, I had gotten stabbed in my
18  neck, or something, I would have been trying to get his
19  attention.  And he just waived me off.  So, you know, I
20  could have died in there messing with him.  So that had
21  made me real upset.
22        So, then, when he had finally came up there
```

Page 55

```
 1  like, probably, damn near almost about 15 minutes later
 2  when he had came up there and he was like --
 3    Q  Was it 15 minutes?
 4    A  Almost.
 5    Q  Yes.
 6    A  When he had -- as a matter of fact, he didn't
 7  even come up there.  It was a lady that came up there.
 8  And she had came up there.  And she was, like, what
 9  happened,  and all this stuff.  And then I  was, like,
10  some dudes jumped on me, or whatever.  And after that,
11  she had went downstairs.  And then, she was fussing with
12  Cooper.  And then, she was pointing at me.
13    Q  What was she saying to Cooper?
14    A  I don't know.  You can't hear what they are
15  saying.  They was in the bubble.  And then, she was
16  pointing up at me.  And then, Cooper had came up and he
17  was, like, why didn't you tell me something had
18  happened?  And then, I just didn't say nothing to him.
19  I just looked at him stupid.
20        And then, the lady had took me up to the
21  infirmary.  And then, once again, they asked me did I
22  want to press charges.  And I told them no.
```

Page 56

```
 1    Q  As a result of being jumped, what kind of
 2  injuries did you have?
 3    A  I had -- well, my mouth was swollen.  I had a
 4  knot on my head.  And they was kicking me, like, in my
 5  body, and stuff like that.  I was covering myself up.
 6  And they -- it was just, basically, bruises and stuff
 7  like that.  It wasn't nothing too serious.
 8        I went to D.C. General and they was talking
 9  about, they had fractured my rib when they was kicking
10  me, because my  rib was real, real red.  It was bruised
11  and stuff.  But when they had did the x-ray, they said
12  it wasn't fractured.
13    Q  How long did you have -- because of -- as a
14  result of  being jumped in the cell, did you experience
15  -- was it painful, the injuries?  Were they painful?
16    A  Yes, sir.
17    Q  How long did the pain last?
18    A  I'm not sure.
19    Q  Days, months?
20    A  Oh, it was like a couple of weeks.
21    Q  Okay.  Do you still have any injuries behind
22  that as a result of the --
```

Page 57

```
 1    A  No.
 2    Q  Do you know what a complaint is in a lawsuit?
 3    A  Yes.
 4    Q  Do you know  if a complaint was filed on your
 5  behalf in this lawsuit that started the case?
 6    A  No.
 7    Q  I'm looking at allegations in your complaint.
 8  And  they say that, "Officer Cooper  allowed inmates in
 9  the Plaintiff's cell to beat him."
10        Is that what you  are saying  happened here,
11  that Cooper actually knew they were going to go in there
12  and allowed them to do it?
13    A  It's like this, right:  If you have -- if
14  you're sitting right in front of this cell, right -- it
15  was right to the left of the bubble.  I'm talking about
16  right  -- right in front  of the cell, you  would think .
17  that he set you up, too.
18        If he let all them people come  in your cell
19  that, first of all, they put you in that cell just so to
20  see -- can  watch you because you got -- that's what it
21  is, a high-classified case -- and then, three people --
22  not no little, skinny people, and not no little mouse or
```

Multi-Page™

Page 58

1 nothing like that, but three big dudes come in the cell
2 and beat me up, then leave out --
3    Q  Were  all three of them in there  at the same
4 time?
5    A  Yes.  Yes, all three of them, not  just one
6 person, not two people, all three of them. All three of
7 them grabbed my cell and yanked the cell open.
8    Q  And that's what you think, he allowed them in
9 there?
10    A  Yes, sure enough.
11    Q  Did you have any reason to believe that he was
12 involved in the tissue paper being put in there, that he
13 knew about that?
14    A  No.
15    Q  Do you have any reason to believe that he knew
16 that the cell was unlocked?
17    A  No.
18    Q  Okay.  There came a time when you were locked
19 up at D.C. Jail that you hurt your wrist?
20    A  No.
21    Q  No?
22        MS. HENRY:  Objection to the form.

Page 59

1        THE WITNESS:  No.
2        MS. HENRY:  A hurt wrist or locked up at D.C.
3 Jail?
4        MR. DeBERARDINIS:  Both.
5        BY MR. DeBERARDINIS:
6    Q  While you were incarcerated at D.C. Jail, did
7 you injure your wrist?
8    A  No.  I injured my pinky.
9    Q  Okay.  Tell me about that. Tell me about your
10 pinky.  How did you injure that?
11    A  I had injured my pinky when I was horseplaying
12 with a person.
13    Q  How did you injure it?
14    A  We was horseplaying and throwing body punches,
15 or whatever.  And I had hit his elbow and that broke my
16 -- fractured my pinky.
17    Q  So you punched him in the elbow, and then you
18 injured your pinky?
19    A  Yes.
20    Q  Did you receive treatment for it?
21    A  Yes, two days later.
22    Q  Did you ever tell  anyone that you  hit your

Page 60

1 hand on the wall in the cell block?
2    A  Yes, I did.
3    Q  Is that what happened?  No?
4    A  No.
5    Q  Why did you tell somebody that  you hit your
6 hand on the wall when that didn't happen?
7    A  Because I didn't want to get locked down.
8    Q  And you believe, if you had told them that you
9 had been shadowboxing with the other inmate, they would
10 have locked you down?
11    A  Yes.
12    Q  And how was  it that you were -- when did you
13 first ask to  see the doctor, or did you ask to see the
14 doctor?
15    A  Yes.  I asked that same day.
16    Q  And  how  long did  it take  you  to see  the
17 doctor?
18    A  That had happened on Wednesday. And I went to
19 go see him on Friday.  And that's because my mother kept
20 on calling up  to the jail, and she was asking to speak
21 to the warden, and stuff like that.
22    Q  Did you fill out a sick slip?

Page 61

1    A  I'm not sure.
2    Q  Did  you tell someone you had  a problem with
3 your pinky?
4    A  Yes.
5    Q  What did you say?
6    A  I told the CO that -- because  my finger had
7 started  turning blue  underneath, I knew that it  was
8 broke  and I couldn't move it.  So I told them  that I
9 needed to go  up to the infirmary, because my pinky was
10 messed up.
11    Q  So you went two days later?
12    A  Yes.
13    Q  And then what happened?
14    A  And then, when I went, they had took me up to
15 the infirmary.  And the doctor had looked at it. And he
16 said that I had to go to D.C. General to get it x-rayed.
17 And so, then  they took me to D.C. General and they had
18 x-rayed it.  And they said that it was broke.
19        And they said that -- they had put a soft cast
20 on.  And they  said, I had to come back Monday to get a
21 hard cast.  And then, after that, they took me back over
22 the D.C. Jail.

Multi-Page™

Page 62

1    Q    Okay. And then, did you get a hard cast?
2    A    No, sir.
3    Q    Why is that?
4    A    Because they didn't ever take me back to D.C.
5    General.
6    Q    Now, this happened -- when I say this
7    happened, you injured your pinky in October of 2002. Is
8    that when it happened?
9    A    I'm not sure.
10    Q    When were you released from D.C. Jail?
11    A    November 19, 2002, I believe.
12    Q    Okay. When you were released from D.C. Jail,
13    did you have a soft cast on?
14    A    No. No, sir.
15    Q    Why was that?
16    A    Because the soft cast wasn't doing nothing.
17    I had took the soft cast off and made my own cast.
18    Q    You made your own? When you say, "you made
19    your own cast," what does that mean?
20    A    I had took the cast off, and I had got an Ace
21    band from the doctor. And I had folded up some paper.
22    And I had put -- because my finger was real, real

Page 63

1    crooked like this. And I had put a piece of paper, like
2    this, to keep it straight. And I had put a piece of
3    paper underneath. And then, I had wrapped it back up.
4    Q    Did you make any request for a sick call?
5    A    Yes, sir.
6    Q    And what happened to those requests?
7    A    They didn't ever take me up there. They --
8    all that Monday that I was supposed to go up there, I
9    kept on talking to the CO's, talked to my mother. My
10    mother was calling up there, talking to the warden. I
11    kept on talking to everybody. And they didn't ever take
12    me.
13        And then they, like, two weeks later after
14    that, they had took me up to the infirmary. And then,
15    when they had took me up there, the doctor had looked at
16    it, and he was, like -- he was, like, it's -- he was,
17    like, your pinky is already starting to stick.
18        And he was, like, why didn't you go back to
19    D.C. General to get the hard cast? And I was, like, I
20    don't know; I kept on telling them. And I was, like,
21    they didn't ever take me. And then he was, like, well
22    your finger's going to be messed up for the rest of your

Page 64

1    life, because you didn't ever get the hard cast. And he
2    was, like --
3    Q    Who told you that?
4    A    That's what the doctor told me.
5    Q    Do you know the doctor's name?
6    A    No, sir.
7    Q    And this doctor was over in the infirmary or
8    over at D.C. General?
9    A    He was in the infirmary over at D.C. Jail.
10    Q    Okay.
11    A    And he had took one cuff off. And he put --
12    he had connected both of the cuffs to my belt, or
13    whatever, the chain that I had around my waist. And
14    then, he had told me to close my eyes. And I was, like,
15    for what? And he had grabbed my wrist with one hand,
16    and he had grabbed my finger, and he had bent it all the
17    way back. And then it popped.
18        And then, after that, he had put the Ace band
19    back on. And he had left me with the same cast that I
20    had made, the same paper that I had on my finger. And
21    after that, I had went through so much pain when he had
22    did that, that I didn't even want to go back up to the

Page 65

1    infirmary, because I figured I would rather had been put
2    to sleep than just do that. It, like, broke my finger.
3    So, after that, I didn't -- they didn't ever send me
4    back up there to the infirmary for my finger.
5    Q    Now, do you recall having x-rays of your
6    finger on November 15th?
7    A    No. I'm not sure.
8    Q    Now, was it Dr. Manning that you spoke to?
9    A    I'm not sure. I don't recall his name.
10    Q    M-A-N-N-I-N-G.
11        When you got out of D.C. Jail, what was the
12    situation with your pinky?
13    A    I went to Kaiser and they had looked at it.
14    Q    Kaiser Permanente, is that where you went?
15    A    Yes, sir.
16    Q    Okay. And what did they tell you?
17    A    They had told me that my finger was already
18    healed. And the only way that I was going to be able to
19    get it back right again was to go through surgery and
20    have that -- because the bone was -- the knuckle was all
21    the way back here. So they said, I have to go through
22    surgery.

**Page 66**

1  Q  Describe to me what you believe was the
2  problem with your pinky.  Is there a problem with your
3  pinky now?
4  A  Yes.  From time to time, it hurts when I'm
5  doing -- when I'm lifting something.  If I put too much
6  strain on there, it starts hurting still to this day.
7  Q  You're claiming that it's deformed in some
8  way?
9  A  Yes, it is.
10  Q  How is it deformed?
11  A  You see, the knuckle is all the way back here
12  and not right here.
13  Q  The knuckle is where?
14  A  Right here.
15  Q  You could do me a favor by just shutting that
16  thing off.  It might be more helpful.
17  A  You don't see the difference?
18  Q  I've got to be honest with you; I don't.
19      Why don't you point out to me what we're
20  talking about here.
21  A  This is my knuckle right here.  I don't have
22  no knuckle right here.

**Page 67**

1  Q  You don't have a knuckle where?
2  A  Knuckle right here.
3  Q  What are we talking about here?  Let's -- do
4  you mind if I touch your hand?
5  A  Yes, go ahead.
6  Q  Yes, it's okay?
7  A  Yes, it's okay.
8  Q  So you are saying, that's where your knuckle
9  is?
10  A  Yes, sir.
11  Q  And where are you saying it's supposed to be?
12  A  Right here.
13  Q  Where is the knuckle?
14      We're going to be looking at our knuckles
15  tonight.  Okay.
16      Where's the knuckle now, back there?
17  A  Yes, sir.
18  Q  And how does that affect you?
19  A  How does it affect me?
20  Q  Yes.
21  A  Well, if anything, I'm not really worried
22  about how it looks.  But when I be picking up stuff,

**Page 68**

1  when I put too much strain on it, it'll start hurting.
2  Q  Well, since you got out of jail, have you had
3  any more treatment at Kaiser?
4  A  No.  Because, basically, all they told me was
5  the surgery.  And I'm not trying to get surgery so I
6  just have to --
7  Q  What would the surgery involve?  What did they
8  tell you?  Did they say it was a big deal?  Was it
9  minor?  Or what did they tell you?
10  A  No.  They said that they would have to -- I'm
11  not really sure.
12  Q  Did anyone at Kaiser say, if you had been
13  treated correctly at D.C. Jail is when it happened?
14  A  I do not recall.
15  Q  When was the last time you saw a doctor about
16  your pinky situation and knuckle situation?
17  A  I don't recall.
18  Q  Did you see anybody besides the people at
19  Kaiser?
20  A  No.
21  Q  I also see in your complaint that you're
22  making a claim that you didn't get -- you weren't

**Page 69**

1  provided with educational services over at the jail.
2      And I guess my question is, while you were
3  incarcerated at D.C. Jail, did you go to any classes, or
4  anything?
5  A  No, sir.
6  Q  Were there classes going on that you were
7  aware of?
8  A  No, sir.  All there was, was an art teacher
9  that came once a week.  And she brought crayons, and
10  stuff, that you could draw on, like we were about three
11  years old or something.
12  Q  And that was once a week?
13  A  Yes.  And my mother had talked to the warden,
14  because she had went to the school and she had got --
15  asked them would they give me a packet of work to keep
16  me upgraded, to keep me -- when the semester's over,
17  that would keep me up with my classes.
18      And they said, they wouldn't allow it, because
19  my mother was going to mail it to me.  And then, she
20  wanted to give it to the warden.  She was trying to
21  figure out what kind of way that she can do that, give
22  me a packet so I could do my work.  And they wouldn't

Multi-Page™

Page 70

1  let me do it on population.
2      And then, I had got locked down for, like,
3  two-and-a-half months. And this was 24/7, I was locked
4  down.
5  Q  Why were you locked down for two-and-a-half
6  months?
7  A  Because for the last time when they had jumped
8  me.
9  Q  In the cell?
10  A  Yes. I had got penalized for it.
11  Q  Do you know why you were penalized for it?
12  A  Because I had got in the first fight, and I
13  got in the second one, and plus I was a high-classified
14  case. So --
15  Q  When you say -- tell me about when you were
16  locked down. What does that mean?
17      MS. HENRY: Objection.
18      THE WITNESS: Locked down -- it's a
19  locked-down unit. It's called South One, and there's
20  the same thing like any other unit. It's just when --
21  every time you leave out the unit -- I mean, every time
22  -- it don't matter.

Page 71

1      See, on regular population, when you leave out
2  the unit and you go to court, that's when they make you
3  take all of your clothes, and stuff like that. But
4  every time when you have -- on lock down, every time you
5  have a legal visit or a social visit or going to court,
6  or if they are just taking you off the unit for
7  anything, when you come back and they take you in this
8  little room, and you've got to strip, take off all your
9  clothes, and stuff like that.
10      And you stay -- if you are in an even-numbered
11  cell, then your rec days are Monday, Wednesday, and
12  Friday. And if you are in an odd-numbered cell, then
13  your rec days are Tuesday, Thursday, and Saturday. And
14  your rec -- it varies from in the morning like -- say,
15  if you are in an even-numbered cell, then in the morning
16  it would be -- I mean, Monday it would be in the
17  morning. And Wednesday, it would be in the evening, and
18  then keep on going like that for your rec days.
19      And your rec consists of 50 minutes in a rec
20  cage. It's two sides to the rec cage. One side is --
21  it has a pull-up bar and a dip bar and a basketball
22  court. But if somebody gets their rec before you, then

Page 72

1  you go on the other side. They don't have no basketball
2  court. They just have a pull-up bar and a dip bar. And
3  you got 50 minutes of that.
4      And you get to go back to your cell, make one
5  10-minute phone call, then you take one 10-minute shower
6  until your rec's over. So, basically, you might as well
7  say you are locked up for 26 hours. And you have your
8  rec day.
9  Q  And when you went to Eastern High School, what
10  kind of student would you say you were?
11  A  I was a good student, I would say.
12  Q  What kind of grades did you get at Eastern,
13  your final grades at Eastern?
14      MS. HENRY: Objection.
15      THE WITNESS: They was rough.
16      BY MR. DeBERARDINIS:
17  Q  Rough? What do you mean, rough?
18  A  They was enough to obtain a 2.0 to stay on the
19  Skiing Team. They was real rough. I ain't going to
20  lie.
21  Q  Why were they rough?
22      MS. HENRY: Objection.

Page 73

1      BY MR. DeBERARDINIS:
2  Q  Let me tell you why I'm asking you these
3  questions.
4      I'm trying to establish what he's lost by lack
5  of education. Okay.
6      What happened -- at Edison, what were your
7  grades like?
8  A  At Edison was good.
9  Q  What kind of grades did you get there? You
10  were a sophomore there, 10th grade; right?
11  A  Yes.
12  Q  That first semester, what kind of grades did
13  you get?
14  A  Like B's. I got a couple of A's, probably one
15  or two C's. My GPA was real good at Edison.
16  Q  Okay. So you get -- and got rereleased from
17  D.C. Jail -- I'm sorry. I know I asked you this. You
18  can tell me again when you got rereleased.
19  A  It was November 19, 2002.
20  Q  So that would have been, had you not been
21  locked up, that would have been your junior year in high
22  school?

Page 74

```
1     A  Yes, sir.
2     Q  Okay.  What did you do when you got out?  Did
3  you go back to school?
4     A  Yes.  I had went back to -- I had went back to
5  Eastern.
6     Q  Why did you go back to Eastern and not Edison?
7     A  I don't know.  I think it was because of the
8  females.
9     Q  You got out of school, and you had to decide
10  where you were going back to school; right?
11     A  Yes.  And then, when I had got back in
12  Eastern, though, it was like people was way out of my
13  age group, and stuff like that.  And everybody was
14  acting all silly, and stuff.  And I just --
15     Q  Because when you went back to Eastern, you had
16  to go back in the 10th grade again.  Is that --
17     A  Yes.
18     Q  Okay.
19     A  So it was just -- everybody was acting real
20  childish, and stuff, like basically they wasn't on the
21  same level I was.  So I had -- then, I had stopped going
22  to Eastern, and then I had started working.  And I was
```

Page 75

```
1  saving  up some money before I went to Job  Corps.  And
2  then,  after I had saved  up some money, I went  to Job
3  Corps.
4     Q  Where were you working?
5     A  At the Washington Convention Center.
6     Q  Doing what?
7     A  Washing  dishes, taking hot trays out  on the
8  floor, and serving wine and --
9     Q  Serving wine?  Who let you do that?
10     A  They was just --
11     Q  You're not supposed to be doing  that, young
12  man.  Okay.  I don't mean to laugh at your situation.
13         When did you start at the Job Corps?
14     A  It was February 24, 2004.
15     Q  Did you get your GED when you were at the Job
16  Corps?
17     A  Yes, sir.
18     Q  As we sit here now, you have a GED?
19     A  Yes, sir.
20     Q  When did you get that?
21     A  It  was the first three  months I was in Job
22  Corps.
```

Page 76

```
1     Q  So that would have been, like, May of 2004?
2     A  I remember the summer break was July -- last
3  year, the summer break was July 1st.  And I had got my
4  GED results back, like -- I think, like, two  months
5  before that.
6         I'm not sure.  I would have to look at the GED
7  to tell you the exact date.  But it was,  like, three
8  months after I was in Job Corps.
9     Q  And had you never been  locked up and just
10  going straight  through high  school, you would have
11  graduated  from high  school  when?  Same time -- am I
12  correct -- Spring of 2004?
13     A  Yes, I guess you could say that.
14     Q  I just want to make sure, because in February
15  of 2002, you were a sophomore.  Right?
16     Q  So if this had never happened, 2003 you would
17  be a junior in February; right?
18     A  Right.
19     Q  And then, February 2004, you would be a
20  senior.  And then, that Spring you would graduate.
21     A  Right.
22     Q  Would that be fair to say?
```

Page 77

```
1     A  Right.
2     Q  So,  you got  your GED at  the same time you
3  would have gotten your high school diploma.
4     A  Right.
5     Q  Okay.  Now, having gotten your GED --
6         MR. DeBERARDINIS:  Do you need a break?
7         THE COURT REPORTER:  No, I'm fine.
8         BY MR. DeBERARDINIS:
9     Q  Now, you got your GED while you were still in
10  the Job Corps?
11     A  Yes, sir.
12     Q  And I guess  you're studying something  more
13  than just high school programs, and stuff; right?
14     A  Yes, sir.
15     Q  What are you studying?
16     A  Up in UAW -- that's United Auto  Workers --
17  working on cars.  I'm in brakes class right  now.  But
18  before  brakes class, I was  in -- what is  that class?
19  It's a basic class that you have to go through, like you
20  learn  how to do  oil changes and  tune-ups and  how to
21  rotate tires, and stuff like that.  So --
22     Q  When do you expect to be through with the Job
```

Multi-Page™

Page 78

1 Corps?
2    A  I'm undecided right now.  I'm about to finish
3 my class in the next month.  And I don't know if I want
4 to take up another skill or not.  I'm not sure yet.
5    Q  What do you think you want to do with
6 yourself?
7    A  I want to come home and start working and,
8 like, when I -- like, in a couple of years, I want to go
9 to college, if I can, probably go to a little community
10 college, or something like that, because I want to
11 engineer and design cars.
12    Q  Okay.  How was it that you decided to go to
13 the Job Corps?  Why did you go to the Job Corps?
14    A  Because I knew that I needed to get -- I
15 wanted to get my high school diploma, but I knew I
16 needed to have something as a foundation.  So I didn't
17 want to just sit around and be 20-something without
18 nothing --
19    Q  Okay.
20    A  -- as far as the high school diploma go or
21 either a GED, so that's what made me go.
22    MR. DeBERARDINIS:  Okay.  Give me a minute

Page 79

1 here.  I might just be done.
2    (Pause)
3    BY MR. DeBERARDINIS:
4    Q  If you have been -- if you had had GED classes
5 while at the jail, do you think your life would be
6 different now in some way?
7    A  No.
8    Q  Okay.
9    A  If I could have gotten my work packages at the
10 jail, then -- see, it's like this, right:  If I could
11 have gotten my work packages at the jail, and then I
12 would have came home, then I would have still kept up my
13 classes, in which I would have been graduating this
14 year.  Right?
15    When I was on the Skiing Team -- I was skiing
16 ever since I was in the 7th grade.  I started skiing in
17 Bruce Evans.  And I was a good skier, used to come in
18 first place, winning championships, and stuff like that.
19 And I was going to get a scholarship from that.
20    So it is a possibility that there should have
21 been -- I would have went to college off of a
22 scholarship instead of getting -- settling for a

Page 80

1 community college with a GED.
2    MR. DeBERARDINIS:  Okay.  That's all I have.
3    Mr. Ingram, as we mentioned earlier, the court
4 reporter is going to create a transcript.  She's taken
5 down every word that we have said here.  And she's going
6 -- we'll have the opportunity to -- it'll be in print,
7 everything that we have said.
8    THE WITNESS:  Yes, sir.
9    MR. DeBERARDINIS:  Before that transcript
10 becomes, what I'll call, official you have the right to
11 review that transcript.  And if you believe the court
12 reporter has made any -- has put down anything
13 incorrect, or you want to make some additions to that,
14 you have the right to petition her to do that.  Or you
15 also have the right just to rely upon what she's done,
16 and we could let it go at that.
17    That is between you and your lawyer.  But I
18 just wanted to let you know that that's what you have
19 the right to do.
20    MS. HENRY:  He'll waive signature.
21    THE COURT REPORTER:  He'll waive?
22    MS. HENRY:  He'll waive signature.

Page 81

1    MR. DeBERARDINIS:  Okay.  That's it.
2    (Whereupon, at 3:20 p.m., the deposition in
3 the above-entitled matter was concluded.)

SHARON L. BANKS REPORTING  P.O. Box 44773