# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DORRELL INGRAM, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 04-0505 (PLF) |
| THE DISTRICT OF COLUMBIA, et al., | ) |
| Defendants. | ) |

### ORDER AND JUDGMENT

Defendants filed a motion for summary judgment on October 5, 2005. Plaintiff did not file a brief in opposition to the motion, and on January 3, 2005, the Court directed plaintiff to show cause in writing why defendants' motion should not be granted. On January 10, plaintiff responded to the Show Cause Order, conceding that defendants are entitled to summary judgment in this case. Accordingly, it is hereby

ORDERED that [14] defendants' motion for summary judgment is GRANTED; it is

FURTHER ORDERED that JUDGMENT is entered for defendant; it is

FURTHER ORDERED that this case is DISMISSED from the docket of this Court; and it is

FURTHER ORDERED that this Order and Judgment shall constitute a FINAL JUDGMENT in this case. This is a final appealable order. See FED. R. APP. P. 4(a).

SO ORDERED.

DATE: January 19, 2006

/s/_____
PAUL L. FRIEDMAN
United States District Judge