# EXHIBIT 4

UNITED STATES OF AMERICA

      v.                          Court Case No. _F1160-02_

_Dorrell Cody Ingram_

## ORDER

Upon motion of the United States of America in the above-captioned case for an Order of Court requiring the defendant, _Dorrell Cody Ingram_ to submit to the taking of a blood sample and a saliva sample from his person, and the Court having considered the representations in support of the motion and the opinion of the Supreme Court in *Schmerber v. California,* 384 U.S. 757 (1966), and the Court having found probable cause to believe that the blood sample [hair + saliva] will produce evidence of defendant's involvement in the crime charged, it is by the Court this __12th__ day of __July__, 19__ [2002] ;

ORDERED, that the defendant, _Dorrell Cody Ingram_ submit to the taking of a blood sample and saliva sample [and hair sample] from his person, and it is further

ORDERED THAT: [and head hair samples]

    1. Said blood and saliva samples are to be taken in accordance with accepted medical practice by a licensed physician or someone under the direct supervision of a licensed physician within the confines of a hospital or medical clinic regularly operated by or licensed by the District of Columbia, and

    2. The attached certificate of compliance with this Order be signed by the said physician and returned to the Court within ten days of the signing of this Order.

    3. Said samples be turned over to _Det. Michael Miller or other Metropolitan Police Repres[entative]_

_[signature]_

JUDGE

Blood and Saliva Sample Order                       SC-5 (Rev. 1-3-89)