# EXHIBIT 5

*Superior Court of the District of Columbia*

UNITED STATES OF AMERICA

v.

Dorrell Ingram

Court Case No. F-1160-02

### ORDER

Upon motion of the United States of America in the above-captioned case for an Order of the Court requiring the defendant, Dorrell Ingram, to submit to the taking of a blood sample, a saliva sample, and pulled head and pubic hair samples from his person, and the Court having considered the representations in support of the motion and the opinion of the Supreme Court in *Schmerber v. California*, 384 U.S. 757 (1966), and the Court having found probable cause to believe that the blood sample, saliva sample and pulled head hair samples will produce evidence of the defendant's involvement in the crime charged, it is by the Court this 18th day of November, 2002,

ORDERED, that the defendant, Dorrell Ingram, submit to the taking of blood, saliva and pulled head and pubic hair samples from his person and it is further

ORDERED, that said blood sample be taken in accordance with accepted medical practice by a licensed physician or someone under the direct supervision of a licensed physician within the confines of a hospital or medical clinic regularly operated or licensed by the District of Columbia, and that said blood, saliva and head hair samples be turned over to Det. Michael Miller

_Shellie J. Bowers_
JUDGE

IF RELEASED THE DEFENDANT SHALL REPORT TO 301 C STREET, N.W., ROOM 6154 AT _____ O'CLOCK ON 11/22/02 WITH PHOTO ID.

Blood, Saliva and Pulled Hair Sample Order

SC-5 (Rev. 2/5/01)

**POLICE OFFICER**