# EXHIBIT 6

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

United States of America

Cal. # _____
Case No. F 1160-02

v.

Defendant's name: Darrell Ingram
Defendant's address: 30 46th Place NE, DC 2009
Defendant's phone no.: 2/397-5075

**YOU ARE HEREBY RELEASED ON THE CONDITIONS INDICATED BELOW:**
THESE CONDITIONS WILL BE IN EFFECT UNTIL YOUR CASE IS DISPOSED OF OR UNTIL THEY ARE CHANGED OR AMENDED BY A JUDGE

| | | |
|---|---|---|
| [X] **PERSONAL PROMISE** | **PERSONAL RECOGNIZANCE.** Your personal recognizance, provided that you promise to appear at all scheduled hearings as required by the Court. | |
| [ ] $ | **UNSECURED APPEARANCE BOND.** Your personal unsecured appearance bond, to be forfeited should you fail to appear as required by the Court. | |
| [X] **SUPERVISORY CUSTODY** | You hereby agree to be placed in the custody of ▶ who agrees (a) to supervise you in accordance with the conditions below, (b) to use every effort to assure your appearance at all scheduled hearings, trials, or otherwise, and (c) to notify the D.C. Pretrial Services Agency immediately in the event you violate any condition of release or disappear. Agency telephone - 585-7077 ▶ SIGNATURE OF CUSTODIAN | Custodian's name: Intensive Supervision Electronic Monitoring Program<br>Custodian's address<br>Custodian's phone no.: 202-220-5590 |
| [X] **YOU ARE TO STAY** | [ ] away from the complaining witness. _____ name | [X] within the D.C. area. |
| [X] **YOU ARE TO LIVE** | [X] at above address<br>[ ] You are to verify your address with D.C. Pretrial Services in Room C-301 within 24 hours.<br>[ ] Curfew is imposed at above address from ____ P.M. to ____ A.M. | phone no |
| [ ] **DRUGS** | Report to D.C. Pretrial Services Agency, Room C-220, for:<br>[ ] Evaluation and if positive  [ ] Program placement by PSA<br>[ ] Placement in court ordered surveillance _____<br>[ ] Enroll in  [ ] Maintain participation at   [ ] PSA   [ ] ADASA   [ ] Other _____<br>Refrain from illegal drug use. | |
| [ ] **YOU ARE TO REPORT TO** | [ ] D.C. Pretrial Services Agency  [ ] Weekly  [ ] Other ___  [ ] By Phone  [ ] In Person<br>[ ] Probation Officer  [ ] Weekly  [ ] Other ___  [ ] By Phone  [ ] In Person<br>[ ] Parole Officer  [ ] Weekly  [ ] Other ___  [ ] By Phone  [ ] In Person | |
| [X] **REVIEW** | You are to report to the D.C. Pretrial Services Agency at room C-301 immediately upon release for a review of conditions | |
| [X] **YOU ARE TO** | Refrain from committing any criminal offense, the penalties for which are explained on the reverse side of this order. | |
| [X] **OTHER** | Report to ISP at 633 Indiana Ave NW Suite 1080 on __ at 10:00am for orientation. Court Ordered drug treatment if required | |
| **MONEY BOND OF $____** | [ ] **CASH BOND.** Upon execution of appearance bond, to be forfeited should you fail to appear as required by the Court, secured by a deposit, such deposit *to be returned* when the Court determines you have performed the conditions of your release. You will deposit the in registry of the Court _____ %.<br>[ ] **SURETY BOND.** Upon execution of appearance bond with approved surety. | |

**NEXT DUE BACK** on 4-7-03 in Courtroom 118 at 9:30 A.M.
If you have any questions about the date, time, or location CALL THE D.C. PRETRIAL SERVICES AGENCY AT 585-7077

**YOUR ATTORNEY** Todd Baldwin
633 Indiana Ave NW 3rd Floor  (202) 626-8353
address   phone no.

**DEFENDANT'S SIGNATURE** ▶ Darrell Ingram

I understand the penalties which may be imposed on me for willful failure to appear or for violation of any condition of release and agree to comply with the conditions of my release and to appear as required.

**WITNESSED BY** KLM  (title or agency) DCPSA

**IMPORTANT:** YOU ARE TO NOTIFY **IMMEDIATELY** THE D.C. PRETRIAL SERVICES AGENCY, 500 INDIANA AVE. N.W. ROOM C-301 TELEPHONE NUMBER 585-7077, OF ANY CHANGE OF ADDRESS, EMPLOYMENT, OR CHANGE IN STATUS OF ANY RELEASE CONDITIONS.

Orig Trial Date was 10-21-02

Date 11/18/02   Release date

**SO ORDERED**
▶ _____ Signature of Judge

WHITE - COURT JACKET
GREEN - D.C. PRETRIAL SERVICES AGENCY
BLUE - DEFENDANT
YELLOW - DEFENSE ATTORNEY
GOLD - CUSTODIAN
PINK - U.S. ATTORNEY

FORM CD-1293/JUN 00