# EXHIBIT 7

**METROPOLITAN POLICE DEPARTMENT**
**Special Investigations Branch**
**Major Crash Investigations Unit**

February 22, 2002

**MEMORANDUM**

TO:            Commander
               Major Crash Investigations Unit

THRU:          Sergeant
               Vehicular Homicide Squad

SUBJECT:       Initial Overview Memo on Death #02-07: ▓▓▓▓▓▓▓
               and #02-08: ▓▓▓▓▓▓▓, which occurred in the 4900 Block
               Sheriff Road, N.E.

**General Overview**

On February 19, 2002, at approximately 2130 hours, Mr. ▓▓▓▓▓▓▓ was the operator of a 1992, 4 door, silver Nissan Maxima and had entered the intersection of Sheriff Road and 49th Street, N.E., in a southbound direction of travel. One passenger, ▓▓▓▓▓▓▓, who was seated in the front passenger seat, also occupied the vehicle.

Mr. ▓▓▓▓▓'s vehicle was struck on the right side (T-boned) by a 1997, 4 door, green Ford Crown Victoria at a high rate of speed. The operator of the Ford was identified as Dorrell Ingram. Mr. Ingram's vehicle fit the description of a vehicle involved in a hit and run accident, which resulted in injuries to three juveniles on foot earlier in the Sixth District on the same date. (See Case No. 026-230) Members of the Sixth District attempted to initiate a traffic stop in order to make identification of the vehicle. Mr. Ingram rammed a parked car and then intentionally rammed an occupied marked police car in order to make good his escape. Officers observed the suspect vehicle and fell in behind it. Members witnessed the suspect vehicle traveling at an extremely high rate of speed. Members could not stop the vehicle and Mr. Ingram continued to operate his vehicle in a reckless manner, passing a solid red light at Sheriff Road and 49th Street N.E., striking Mr. ▓▓▓▓▓'s vehicle as it passed through the intersection on a green light.

Mr. ▓▓▓▓▓'s vehicle suffered a gross intrusion by the striking vehicle, trapping them inside the vehicle and required members of the D.C. Fire Department to extricate both occupants of the Nissan. Mr. ▓▓▓▓▓ was transported to Prince George's General Hospital and Mr. ▓▓▓▓▓ was transported to Howard University Hospital. Both

individuals succumbed to their injuries and were later transported to each jurisdiction respective Medical Examiners Office.

Two other occupants also occupied the Ford Crown Victoria operated by Mr. Ingram. The occupants were identified as Mr. Darryll Ingram, front seat passenger. Mr. Anthony Faltz was identified as rear seat passenger. All parties of the striking vehicle were transported to area hospitals for non-critical injuries and later released to the custody of the Washington D.C. Metropolitan Police Department.

The scene was processed by members of the major Crash Investigations Unit and was photographed by Mobile Crime. Both cars were impounded. The Ford had been previously reported stolen out of Prince George's County and assigned OCA# 020501277.
Members of Mobile Crime later conducted a thorough search of the vehicle and recovered a loaded Lorcin 380 semi-automatic gun with one bullet in the chamber from the front passenger floorboard.

Due to the overwhelming available physical evidence and witnesses observations. All members of the Ford Crown Victoria were arrested and charged with various violations. Mr. Dorrell Ingram was originally charged with two counts of Manslaughter, Assault on a Police Officer, Unauthorized Use of a Motor Vehicle, No Permit and Leaving a Scene After Colliding. However, Title 16 was requested and approved by the United States Attorney Office and Mr. Dorrell Ingram was arraigned as an adult on Murder Two charges. Mr. Darryll Ingram was charged with Unauthorized Use of a Motor Vehicle and will be charged with CPWL, Unregistered Firearm and Unregistered Ammunition at a later date. Mr. Anthony Faltz was charged with Unauthorized Use of a Motor Vehicle, Escapee, bail Reform Act and Fugitive from Justice.

The collision scene is an intersection controlled by a traffic signal, which was functioning at the time of the collision. The roadway provides one lane of travel in each direction with ample room for parking. The road is constructed of asphalt and had no visible debris or construction deformities. The posted speed limit is 25 MPH. The sun had not risen yet, and the street lamps were on and provided ample lighting. The weather was clear and cold.

### Investigative Steps Completed

Mobile Crime photographed the collision scene. Members of the Major Crash Investigations Unit processed the collision scene. Both vehicles were impounded. The Ford was towed to Mobile Crime and the Nissan was towed to the 6th /7th Districts impound lot. All three parties of the Ford were arrested and processed. All related paperwork and proper notifications were completed relative to this investigation.

The autopsy of Mr. ▓▓▓▓▓▓ will be preformed in Baltimore and the procedure for Mr. ▓▓▓▓▓ will be conducted in the District of Columbia. However, the undersigned will

not be in attendance due to papering obligations. A follow up will be conducted and a request for both autopsy reports will be completed.

### Investigative Steps Anticipated

Obtain written statements from all officers.
Obtain photographs of the crash scene from Crime Scene search
Obtain certified copies of driver's abstract.
Have both vehicles mechanically inspected.

### Recommendations

On February 19, 2002, Mr. ▓▓▓▓▓▓ was the operator of the Nissan and was not at fault or even a contributing factor to this collision. Mr. Dorrell Ingram was operating a stolen vehicle in a reckless manner, at a high rate of speed; self-evident by the damage inflicted on the Nissan and in total disregard for human life. Mr. Dorrell Ingram was arrested and charged as an adult for Murder Two. Mr. Darryll Ingram and Anthony Faltz were also charged. Mr. Dorrell Ingram and Mr. Darryll Ingram were arraigned in D.C. Superior Court and were held without bail. Mr. Faltz's charges were dismissed and Mr. Faltz will be extradited back to Montgomery County for outstanding robbery charges.

It is my recommendation that this case be closed due to the arrest of Mr. Dorrell Ingram, the operator of the Ford Crown Victoria. Criminal proceedings have been initiated and will be strictly monitored.

K.J. Metivier
Investigator
MCIU

**METROPOLITAN POLICE DEPARTMENT**
Washington, D.C.
P. D. 119 REV. 10/89

**COMPLAINANT / WITNESS STATEMENT**

| | |
|---|---|
| **COMPLAINT NO.** | 026-265 |
| **NATURE OF INVESTIGATION**: Traffic Fatality/APO | **UNIT FILE NO.** Deaths #02-07 |
| **STATEMENT OF:** (Occupation and Location) TAYLOR, Lester W.   Police Officer | **DOB** Adult   **SEX** Male |
| **HOME ADDRESS** ▮▮▮▮▮ | **HOME PHONE** ▮▮▮▮▮ |
| **EMPLOYMENT** (Occupation and Location) MPDC   Police Officer | **BUSINESS PHONE** 202-727-3622 |
| **LOCATION STATEMENT TAKEN** MCIU 1215 3rd St. N.E. | |
| **NAME OF OFFICER TAKING STATEMENT** Investigator Thomas D. Nelson | **DATE / TIME STARTED** 02/20/02  0140 hrs |

**STATEMENT**

The Major Crash Investigations Unit is investigating the traffic collision that occurred on 02/19/02 at 49th Street and Sheriff Road Northeast. One of the vehicles involved was also involved in an APO case earlier that occurred at 4400 block of Edson Place Northeast. You have been identified as a witness in the assault case. Can you provide your version of what happened?

was working the 1500-2330 tour of duty and assigned to Scout 6082. I was using Scout 6081. At approximately 2125 hours, a radio unit broadcasted that he had a caller on his cell phone that advised him that a vehicle that was wanted on a earlier hit and run of three (3) small children was in the 4400 block of Edson Place NE. came off 44th Street and turned right onto Edson Place to locate the vehicle. I pulled about half way down the block and I observed a vehicle that matched the description of the vehicle wanted for the earlier hit and run. The vehicle was a green Ford Crown Victoria. I noticed that it only room for only one to travel in the block due to parked vehicles. The vehicle was facing towards 44th Street. I pulled about 10-15 feet away from the vehicle and cracked the vehicle door and drew my service weapon and yelled out the window, "Let me see your hands", to the occupants. The driver put the vehicle in drive and deliberately struck a parked vehicle in front of his vehicle in an attempt to flee the scene. He then placed the vehicle in reverse, then drive again to moved the parked vehicle again. The vehicle then struck my marked MPD vehicle in the left rear fender area which pulled the bumper off the cruiser. The vehicle fled the scene in a westbound direction towards 44th Street with no headlights on. Another MPD unit approached and I moved my cruiser to the right to allow that unit to continue to attempt a stop of the Ford Crown Victoria. The next time I saw the Ford it was at the accident scene of 49th and Sheriff Road NE.

Q: Do you know the officer who broadcast the location of the Ford Crown Victoria?
A: It was Officer Bigelow.
Q: Can you identify the operator of the Ford Crown Victoria?
A: No.
Q: Was it the same vehicle involved in the earlier hit and run?
A: I can't be sure of that.
Q: How many occupants were inside the Ford?
A: It looked like three persons.
Q: Were they all males?
A: Yes.

I HAVE READ THIS STATEMENT GIVEN BY ME OR HAVE HAD IT READ TO ME. I FULLY UNDERSTAND IT AND CERTIFY THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION. " I UNDERSTAND THAT MAKING OF A FALSE STATEMENT IS PUNISHABLE BY CRIMINAL PENALTIES (D.C. CODE SECTION 22-2514)".

*[signature]*
Signature of Person Giving Statement

**DATE / TIME ENDED**

Page 1 of 1 Pages

**OFFICER OBTAINING THE SIGNATURE IN BLOCK**
Investigator Thomas D. Nelson
(Name and Signature)

**PERSON WITNESSING THE SIGNATURE IN BLOCK**
Name and Signature)

# METROPOLITAN POLICE DEPARTMENT
## Washington, D.C.
### COMPLAINANT / WITNESS STATEMENT

P.D. 119 REV. 10/89

**COMPLAINT NO.** 026-265

**NATURE OF INVESTIGATION:** Traffic Fatality

**UNIT FILE NO.** Deaths #02-07

**STATEMENT OF:** (Occupation and Location) HODGES, Herman — Police Officer

**DOB:** Adult   **SEX:** Male

**HOME ADDRESS:** [redacted]

**HOME PHONE:** [redacted]

**EMPLOYMENT** (Occupation and Location): MPDC — Police Officer

**BUSINESS PHONE:** 202-727-4520

**LOCATION STATEMENT TAKEN:** MCIU 1215 3rd St. N.E.

**NAME OF OFFICER TAKING STATEMENT:** Investigator Thomas D. Nelson

**DATE / TIME STARTED:** 02/20/02  0005 hrs

## STATEMENT

The Major Crash Investigations Unit is investigating the traffic collision that occurred on 02/19/02 at 49th Street and Sheriff Road Northeast. You have been identified as a witness to this event. Can you provide your version of what happened?

I was working the evening tour of duty and assigned to 6051. I just came from a radio assignment in the 4400 block of Quarles Street NE, I cleared that at 2125 hours. I was responding onto Burroughs Avenue when I heard over the police radio that they may have the vehicle that was wanted in an earlier hit and run. They wanted to get units in the area. They came over the radio and stated that the vehicle had deliberately struck a marked police unit and that the vehicle was traveling on Minnesota Avenue NE towards Burroughs Avenue. At that point I was at Burroughs Avenue when I saw the vehicle that match the description traveling on Minnesota Avenue at a high rate of speed. The vehicle was being pursued by Cruiser 1609. After the vehicles passed through the intersection of Minn. Avenue and Burroughs Avenue I began to follow Cruiser 1609. We followed the vehicle onto Sheriff Road where it was still traveling at a high rate of speed. As the vehicle approached 49th Street the traffic signal on Sheriff Road was red. As the vehicle passed through the intersection while the light was still red the other vehicle came through the intersection of 49th Street and Sheriff Road and was struck by the vehicle passing the red light. I was about a block and a half away when I saw the accident and I then proceeded to turn on 49th Street to assist with any victims. At which time I saw a male subject exit the vehicle from the driver's side and begin to flee the scene on foot in a southbound direction into a wooded area towards Just Street. I notified Communications Division that we had a bail-out and then I exited my cruiser and began a foot pursuit of the subject that I saw exiting the vehicle and running into the wooded area. I lost sight of the subject when he jumped a fence and then I gave a lookout of a male subject with a tan coat and a light colored bandana on his head. I stayed on Just Street to maintain the perimeter until other units arrive. A couple of minutes went by when I started to walk back to area where I saw the subject jump the fence. It which time I saw a subject that matched the description of the lookout that was given. He wore the same coat and he was walking from the wooded area towards Just Street. He was hidden under a porch of a house. The subject had debris on his clothing and in his hair. I approached him and noticed that he had scars on his forehead and his eye lids. Officer Purnell placed handcuffs on the subject and called the dispatcher for medical assistance for the subject. At this time I responded back to scene of the accident.

**End of Statement**

---

I HAVE READ THIS STATEMENT GIVEN BY ME OR HAVE HAD IT READ TO ME. I FULLY UNDERSTAND IT AND CERTIFY THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION. " I UNDERSTAND THAT MAKING OF A FALSE STATEMENT IS PUNISHABLE BY CRIMINAL PENALTIES (D.C. CODE SECTION 22-2514)".

*Herman Hodges*
Signature of Person Giving Statement

**DATE / TIME ENDED:** 02/20/02  0055 hrs

**Page** 1 **of** 1 **Pages**

**OFFICER OBTAINING THE SIGNATURE IN BLOCK:** Investigator Thomas D. Nelson (Name and Signature)

**PERSON WITNESSING THE SIGNATURE IN BLOCK:** (Name and Signature)

# METROPOLITAN POLICE DEPARTMENT
Washington, D.C.

## COMPLAINANT / WITNESS STATEMENT

PD 119 REV. 10/89

| | |
|---|---|
| **COMPLAINT NO.** | 026-265 |
| **NATURE OF INVESTIGATION** | Traffic Fatality |
| **UNIT FILE NO.** | Deaths #02-07 |
| **STATEMENT OF:** (Occupation and Location) | PURNELL, Byron R.   Police Officer |
| **DOB** | Adult |
| **SEX** | Male |
| **HOME ADDRESS** | [redacted] |
| **HOME PHONE** | [redacted] |
| **EMPLOYMENT** (Occupation and Location) | MPDC   Police Officer |
| **BUSINESS PHONE** | 202-727-4520 |
| **LOCATION STATEMENT TAKEN** | MCIU 1215 3rd St. N.E. |
| **NAME OF OFFICER TAKING STATEMENT** | Investigator Thomas D. Nelson |
| **DATE / TIME STARTED** | 02/20/02   0100 hrs |

### STATEMENT

The Major Crash Investigations Unit is investigating the traffic collision that occurred on 02/19/02 at 49th Street and Sheriff Road Northeast. You have been identified as a witness to this event. Can you provide your version of what happened?

I was working the evening tour of duty and assigned to 6052. I was traveling on Minnesota Avenue when Officer L. Taylor reported that his MPD vehicle had just been rammed by a green Ford Crown Victoria at 4400 block of Edson Place Northeast. The lookout was given for the vehicle that stated that the vehicle was traveling on Minnesota Ave towards Burroughs Ave NE. The vehicle passed me on Minnesota Ave NE at a high rate of speed and continued onto Sheriff Road. I made a u-turn on Minnesota Avenue and began to follow behind Cruiser 1609 and 6051. Cruiser 1609 stated that the vehicle cracked up at 49th Street and Sheriff Road NE. Once I arrived on the scene, MPO Phifer stated that a black male wearing a beige coat ran up the hill on 49th Street into a wooded area. Officer Hodges saw the black male running up the hill and began a foot chase after the suspect. Officers Hodges and Purnell canvassed the surrounding area. The suspect was spotted wearing a beige jacket and green camouflage pants. He was walking towards us in the 5000 block of Just Street NE. The suspect was ordered to get on the ground by Officer Hodges and Officer Purnell placed handcuffs on him. The suspects was noticed to have a large knot on his forehead and a lot of grass in his hair. The suspect was transported to DC General Hospital for treatment.

Q: Did you see anyone else exit the vehicle?
A: No.
Q: Can you identify the suspect that you and Officer Hodges stopped as the driver?
A: No, only Officer Hodges and MPO Phifer.
Q: Is there anything else that you would like to add to this statement at this time?
A: Not at this time.

**End of Statement**

---

I HAVE READ THIS STATEMENT GIVEN BY ME OR HAVE HAD IT READ TO ME. I FULLY UNDERSTAND IT AND CERTIFY THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION. " I UNDERSTAND THAT MAKING OF A FALSE STATEMENT IS PUNISHABLE BY CRIMINAL PENALTIES (D.C. CODE SECTION 22-2514)".

Signature of Person Giving Statement

| | |
|---|---|
| **DATE / TIME ENDED** | 02/20/02   0125 hrs |
| **Page** | 1 of 1 Pages |

**OFFICER OBTAINING THE SIGNATURE IN BLOCK**
Investigator Thomas D. Nelson
(Name and Signature)

**PERSON WITNESSING THE SIGNATURE IN BLOCK**
Name and Signature)

**METROPOLITAN POLICE DEPARTMENT**
Washington, D.C.
COMPLAINT NO.
**COMPLAINANT / WITNESS STATEMENT**

| NATURE OF INVESTIGATION | UNIT FILE NO. | | |
|---|---|---|---|
| Traffic Fatality | Death #02-07 | | |
| STATEMENT OF: (Occupation and Location) | | DOB | SEX |
| PHIFER, Gregory J.        Police Officer | | Adult | Male |
| HOME ADDRESS | HOME PHONE | | |
| ███████              Sixth District | ███████ | | |
| EMPLOYMENT (Occupation and Location) | BUSINESS PHONE | | |
| MPDC                   Sixth District | 202-727-4520 | | |
| LOCATION STATEMENT TAKEN | | | |
| MCIU 1215 3rd St. N.E. | | | |
| NAME OF OFFICER TAKING STATEMENT | | DATE / TIME | STARTED |
| Investigator Thomas D. Nelson | | 02/20/02 | 0555 hrs |

**STATEMENT**

The Major Crash Investigations Unit is handling the investigating the traffic collision that occurred on 02/19/02 at 49th Street and Sheriff Road NE. You have been identified as one of the first officer on the scene. Can you provide your version of what you observed on the scene and what actions you took?

I was working the 1500-2300 tour of duty and assigned to Cruiser 1609. I observed a green Ford Crown Victoria pass the red signal at 49th Street and Sheriff Road NE. The Ford was going eastbound on Sheriff Road and struck a Nissan Maxima on the right side that was going south on 49th Street on a green light. The occupants of the Ford Crown Victoria exited and attempted to flee the scene on foot. I was able to stop all three occupants but one of them, the driver, got away from me. Officer Purnell arrived on the scene and I give him the information on the driver who was still in my sight. Officer Purnell began a foot pursuit and the suspect was apprehended. Officer Green arrived on the scene and I used her radio to broadcast a lookout for the driver that Officer Purnell was chasing because my radio was not working. Additional units arrived on the scene including an 6D official who took over the scene. Officer Green called for the fireboard for the injured persons. Sgt Weatherby took over the scene.

Q: How fast was the Ford traveling on Sheriff Road before the impact?
A: I would say more 30 mph.
Q: Where you in a vehicular pursuit of the Ford?
A: Yes.
Q: Where did you first see the Ford?
A: 42nd Street and Hunt Street NE.
Q: What was the Ford wanted for?
A: Assault on a Police Officer.
Q: How far behind were you from the Ford is it traveled on Sheriff Road?
A: One block.
Q: Is there anything else that you would like to add to your statement at this time?
A: Yes, I believed that the vehicle was involved in an attack on a police officer based on the radio transmissions that I monitored. After the efforts of the other officers failed to stop the vehicle I initiated a vehicular pursuit.

**End of Statement**

I HAVE READ THIS STATEMENT GIVEN BY ME OR HAVE HAD IT READ TO ME. I FULLY UNDERSTAND IT AND CERTIFY THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION. " I UNDERSTAND THAT MAKING OF A FALSE STATEMENT IS PUNISHABLE BY CRIMINAL PENALTIES (D.C. CODE SECTION 22-2514)".

| | DATE / TIME | ENDED |
|---|---|---|
| | 02/20/02 | 0640 hrs |

*MPO [signature] J Phifer*
Signature of Person Giving Statement

Page 1 of 1 Pages

OFFICER OBTAINING THE SIGNATURE IN BLOCK
Investigator Thomas D. Nelson
(Name and Signature)

PERSON WITNESSING THE SIGNATURE IN BLOCK
*T Nelson* [signature]
Name and Signature