UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DORRELL INGRAM, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-2247 (PLF) |
| RIDLEY F. DURHAM, Jr., | ) |
| Defendant. | ) |

ORDER

On February 2, 2007, defendants filed a motion to dismiss the complaint or, in the alternative, for summary judgment, which the Court agreed to accept *nunc pro tunc* as of January 29, 2007. Local Civil Rule 7(b) prescribes the time limits for the filing of an opposition to such a motion:

> Within 11 days of the date of service or at such other time as the Court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion. If such a memorandum is not filed within the prescribed time, the Court may treat the motion as conceded.

That time has passed and plaintiff has filed no response. Accordingly, it is hereby

ORDERED that, within five days from the date of this Order, plaintiff shall show cause in writing why the Court should not treat defendant's motion as conceded and dismiss the complaint.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
DATE: February 28, 2007                United States District Judge