# IN THE UNITED STATES DISTRICT COURT
## OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

| | |
|---|---|
| **Darrell Ingram** ) | |
| ) | |
| **Plaintiff** ) | |
| **v.** ) | |
| ) | Case No.: **05-2247 (PLF)** |
| **District of Columbia, et al.** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

### RESPONSE TO COURT'S ORDER TO SHOW CAUSE

Plaintiff hereby acknowledges this court's order to show cause. Based upon a review of Defendant's claims and arguments, Plaintiff must concede thereto.

Respectfully submitted,

/S/
Donald M. Temple, Esq.
1229 15th Street, N.W.
Washington, DC. 20005
202-628-1101
202-628-1149 fax
Templepc@aol.com