UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DORRELL INGRAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2247 (PLF) |
| ) | |
| RIDLEY F. DURHAM, Jr., ) | |
| ) | |
| Defendant. ) | |

ORDER

On February 2, 2007, defendants filed a motion to dismiss the complaint or, in the alternative, for summary judgment, which the Court agreed to accept *nunc pro tunc* as of January 29, 2007. Plaintiff did not file a response within the time allotted by the rules. The Court issued an Order to Show Cause why the Court should not treat the motion as conceded and dismiss the complaint. Plaintiff, acting through counsel, filed a response on March 5, 2007 indicating that he conceded defendant's "claims and arguments."

Accordingly, it is hereby

ORDERED that defendant's motion to dismiss [21] is GRANTED as unopposed; and it is

FURTHER ORDERED that this case is DISMISSED and the Clerk of the Court shall remove this case from the docket of the Court.  This is a final appealable order.  See FED. R. APP. P. 4(a).  Any other pending motions are denied as moot.

SO ORDERED.

\_\_\_\_/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: March 12, 2007